**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A&B Industries of Morgan City, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1337701** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2916 Lake Palourde Road** **Amelia, LA 70340** Number, Street, City, State & ZIP Code | **Post Office Box 1137** **Amelia, LA 70340** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saint Mary** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

## ■ Statistical and administrative information

**13.  Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **A&B Industries of Morgan City, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  7, 2017**
                MM / DD / YYYY

**X** **/s/ Shirley H. Scully**
Signature of authorized representative of debtor

**Shirley H. Scully**
Printed name

Title   **Treasurer**

**18. Signature of attorney**

**X** **/s/ Tom St. Germain**
Signature of attorney for debtor

Date **November  7, 2017**
      MM / DD / YYYY

**Tom St. Germain**
Printed name

**Weinstein & St. Germain**
Firm name

**1414 NE Evangeline Thruway**
**Lafayette, LA 70501**
Number, Street, City, State & ZIP Code

Contact phone   **(337) 235-4001**        Email address _____

**24887**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __November 7, 2017__    X /s/ Shirley H. Scully
                                                     Signature of individual signing on behalf of debtor

                                                     **Shirley H. Scully**
                                                     Printed name

                                                     **Treasurer**
                                                     Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................   $    **401,000.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................   $    **1,375,411.66**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................................   $    **1,776,411.66**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **772,587.63**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $    **27,077.01**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **1,617,980.36**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b         $    **2,417,645.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
     amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Regions Bank-Operating** | **Checking** | | **$5,000.00** |
| 3.2. | **Midsouth Bank** | **Checking** | | **$1,500.00** |
| 3.3. | **Regions Bank- Payroll** | **Checking** | | **$400.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                                       **$6,900.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 212,761.66 | - | 0.00 | = .... | $212,761.66 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $212,761.66 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |
| | Office furniture and equipment | $0.00 | | $2,000.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | $2,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Crane** | $0.00 | | $200,000.00 |
| **Dry Dock** | $0.00 | | $800,000.00 |
| **90 ton link belt** | $0.00 | | $100.00 |
| **1600 air compressor** | $0.00 | | $20,000.00 |
| **850 air compressor** | $0.00 | | $10,000.00 |
| **750 air compressor** | $0.00 | | $10,000.00 |
| **Two (2) 18 ton grove cherry picker** | $0.00 | | $28,000.00 |
| **Sky track fork lift** | $0.00 | | $12,000.00 |
| **1000 gallon diesel tank** | $0.00 | | $500.00 |
| **Chip saw** | $0.00 | | $500.00 |
| **250 gallon diesl tank** | $0.00 | | $150.00 |
| **L665 Turbo new holland** | $0.00 | | $5,000.00 |
| **One (1) sand hopper 15 ton** | $0.00 | | $20,000.00 |

| | | |
|---|---|---|
| **Ten (10) Miller eight pack** | $0.00 | $20,000.00 |
| **AMZ 66XT Manlift** | $0.00 | $10,000.00 |
| **One (1) 8X40 trailer** | $0.00 | $1,000.00 |
| **Three (3) scapp manlifts** | $0.00 | $5,000.00 |
| **One (1) ingersoll rand fork lift** | $0.00 | $4,000.00 |
| **One (1) scissor lift** | $0.00 | $2,000.00 |
| **One (1) band saw** | $0.00 | $500.00 |
| **One (1) 185 scrap air compressor** | $0.00 | $5,000.00 |

51.    **Total of Part 8.**                               **$1,153,750.00**

       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No

       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ■ No

       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No. Go to Part 10.

       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **2916 Lake Palourde Road, Amelia, LA. 70340** | | $0.00 | | $200,000.00 |
| 55.2.   **2914 Lake Palourde Road, Amelia, LA. 70340; small dry dock** | | $0.00 | | $200,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| 55.3. | Three (3) misc buildings | | $0.00 | | $1,000.00 |
|---|---|---|---|---|---|

56.    **Total of Part 9.**                                                          | $401,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $6,900.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $212,761.66 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,153,750.00 | |
| 88. **Real property.** Copy line 56, Part 9.....................................................................> | | $401,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,375,411.66 | + 91b. $401,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,776,411.66 |

**Fill in this information to identify the case:**

Debtor name    **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |

| **2.1** | **First National Bank of Picayunne** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$129,837.00**    **$200,000.00** |
| | **121 East Canal Street Picayune, MS 39466-0848** | **2914 Lake Palourde Road, Amelia, LA. 70340; small dry dock** | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Midsouth Bank** | **Describe debtor's property that is subject to a lien** | **$349,129.49**    **$200,000.00** |
|---|---|---|---|
| | Creditor's Name | **2916 Lake Palourde Road, Amelia, LA. 70340** | |
| | **Morgan City Branch Attn: Post Closing Department Post Office Box 8 Many, LA 71449** | | |

Creditor's mailing address

**Describe the lien**
**Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Regions Bank** | Describe debtor's property that is subject to a lien | $16,196.07 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**201 Milan Parkway**
**Birmingham, AL 35211**

Creditor's mailing address

**Crane**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Regions Bank** | Describe debtor's property that is subject to a lien | $277,425.07 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**201 Milan Parkway**
**Birmingham, AL 35211**

Creditor's mailing address

**Dry Dock**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $772,587.63 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor **A&B Industries of Morgan City, Inc.**
Name

Case number (if know) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**St. Mary Parish Sales Tax**<br>**Post Office Box 571**<br>**Franklin, LA 70538** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,077.01 | $27,077.01 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Acosta Family Rentals**<br>**1022 Claire Drive**<br>**Morgan City, LA 70381** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148,122.00 |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aimsco, Inc.**<br>**Post Office Box 347**<br>**Amelia, LA 70340** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,680.77 |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Money due** |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,603.70** |
|---|---|---|---|

**American Longshore Mutual Assoc.**
**Post Office Box 934368**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aquiana Water**
**Post Office box 880**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bateman Ice, Inc**
**Post Office Box 11**
**Pierre Part, LA 70339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,587.00** |
|---|---|---|---|

**Bayou Metal Supply, LLC**
**60042 Cabiran Road**
**Slidell, LA 70460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,270.00** |
|---|---|---|---|

**Belzona of Baton Rouge**
**3915 O'Neal Lane**
**Suite A**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,239.36** |
|---|---|---|---|

**BNA Marine Services**
**Post Office Box 150**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,867.00** |
|---|---|---|---|

**Bob's Heating & Air Conditioning**
**3760 Fifth Street**
**Berwick, LA 70342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charters Communication**
Post Office Box 742614
Cincinatti, OH

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Classic Business**
7828 Highway 90
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,080.50** |
|---|---|---|---|

**Coastal Tank Cleaning, LLC**
1115 Front Street
Morgan City, LA 70380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,440.50** |
|---|---|---|---|

**Coburn Supply Company, Inc**
Post Office Box 99001
Denham Springs, LA 70727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Community Coffee, LLC**
Post Office Box 791
Baton Rouge, LA 70821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,410.05** |
|---|---|---|---|

**Complete Marine Services, LLC**
Post Office Box 911
Amelia, LA 70340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,174.00** |
|---|---|---|---|

**Compressed Air Systems, LLC**
Post Office Box 1165
Youngsville, LA 70592-1165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12,331.92 |
|---|---|---|---|

**Custom Crete Concrete Products**
**Post Office Box 930134**
**Atlanta, GA 31193-0134**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,375.92 |
|---|---|---|---|

**D&M Steel Co**
**1324 Engineers Road**
**Belle Chasse, LA 70037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $122,079.00 |
|---|---|---|---|

**Dale's Welding & Fabricators**
**29635 Highway 75**
**Plaquemine, LA 70764**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,071.23 |
|---|---|---|---|

**DEFI of LA**
**Post Office Box 90575**
**Houston, TX 77290**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $39,929.46 |
|---|---|---|---|

**Donovan Marine Inc.**
**Post Office Box 1979**
**Memphis, TN 38101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,562.46 |
|---|---|---|---|

**Donovan Marine Systems, LLC**
**Post Office Box 989**
**Amelia, LA 70340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Enviro-Sense, Inc**
**609 South State Street**
**Abbeville, LA 70510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Money due__

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,310.30** |
|---|---|---|---|

**Express Supply and Steel**
**Post Office Box 5091**
**Houma, LA 70361**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.37** |
|---|---|---|---|

**Gator Rigging**
**Post Office Box 2316**
**Morgan City, LA 70381**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,270.95** |
|---|---|---|---|

**Gaubert Oil Company**
**Post Office Box 310**
**Thibodaux, LA 70302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,037.31** |
|---|---|---|---|

**General Miss Supplies, Inc**
**751 Hill Street**
**New Orleans, LA 70121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.00** |
|---|---|---|---|

**Group I Demo & Repair, LLC.**
**Post Office Box 1137**
**Amelia, LA 70340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,995.75** |
|---|---|---|---|

**Hercules Wire Rope & Sling, Co**
**Post Office Box 1769**
**Houma, LA 70361-1769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,109.80** |
|---|---|---|---|

**Hydra Force, LLC**
**1910 Engineers Road**
**Belle Chasse, LA 70037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Money due__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,500.00** |

**III Construction**
**Post Office box 1222**
**Patterson, LA 70392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,151.55** |

**Industrial Air Solutions**
**514 Muirfield Ct.**
**Slidell, LA 70458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166,927.00** |

**Iron Man Staffing**
**Post Office Box 2336**
**Morgan City, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,825.95** |

**Jesse Fontenot, Inc**
**Post Office Box 630**
**Morgan City, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,309.00** |

**Kahlenberg Industries, Inc.**
**Post Office Box 358**
**Cedar Rapids, IA 52410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,727.91** |

**Lafayette Electrical & Marine**
**1107 Ninth Street**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$839.85** |

**LQT Industries, LLC**
**5854 Highway 90**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,626.00** |
|---|---|---|---|

**Marine & Industrial Insulation**
9501 Highway 955 East
Ethel, LA 70730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$345,365.93** |
|---|---|---|---|

**Masse Contracting, Inc**
Post Office Box 394
Lockport, LA 70374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Midsouth Bank**
Post Office Box 3742
Lafayette, LA 70502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115,337.59** |
|---|---|---|---|

**Morgan City Supply of LA**
Post Office Box Drawer 2030
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,390.37** |
|---|---|---|---|

**National Welding Supply Co, Inc**
Post Office Box 9786
New Iberia, LA 70562-9786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,402.50** |
|---|---|---|---|

**NI Welding Supply, LLC**
125 Thruway Park
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Orkin Pest & Termite Control**
109 Venture Boulevard
Houma, LA 70360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money due**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,324.75 |
|---|---|---|---|

**Osburn's. Inc.**
Post Office Box 3107
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,885.18 |
|---|---|---|---|

**Pauls Agency**
Post Office Box 1680
Morgan City, LA 70380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,070.18 |
|---|---|---|---|

**Pearl Aggregate Materials, LLC**
Post Office Box 6345
Diamondhead, MS 39525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,666.56 |
|---|---|---|---|

**Pernell M. Parfait**
233 Goldenrain Drive
Unit 3102
Kissimmee, FL 34747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,919.97 |
|---|---|---|---|

**Ralow Services, Inc.**
Post Office Box 2324
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Republic Services**
808 L and A Road
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Rock's A/C and Electrial Service**
Post Offce Box 2706
Morgan City, LA 70381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   Money due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**

**Schuyler Maritime, LLC**
**1036 Vicky Lane**
**Broussard, LA 70518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$18,863.45**

---

**3.53**    **Nonpriority creditor's name and mailing address**

**Sewart Supply, Inc.**
**6316 Humphreys Street**
**New Orleans, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$9,799.48**

---

**3.54**    **Nonpriority creditor's name and mailing address**

**Shell Fleet**
**Post Office Box 9016**
**Des Moines, IA 50368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**    **Nonpriority creditor's name and mailing address**

**Sleca**
**Post Office Box 1126**
**Amelia, LA 70340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56**    **Nonpriority creditor's name and mailing address**

**Southland Glass, LLC**
**Post Office Box 1942**
**Morgan City, LA 70381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.57**    **Nonpriority creditor's name and mailing address**

**Sprint**
**Post Office Box 481**
**Carol Stream, IL 60197-4181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,702.62**

---

**3.58**    **Nonpriority creditor's name and mailing address**

**St. Mary Parish Water Works**
**Post Office Box 309**
**Houma, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,772.25 |

**Summit Electric Supply**
Post Office Box 848345
Dallas, TX 75284-8345

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,433.92 |

**Vida Paint & Supply, Inc.**
Post Office Box 2706
Morgan City, LA 70381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian M. Tranchina**<br>Post Office Box 2705<br>Morgan City, LA 70381 | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brian M. Tranchina**<br>Post Office Box 2705<br>Morgan City, LA 70381 | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Cearley W. Fontenot**<br>100 East Vermillion Street<br>Suite 400<br>Lafayette, LA 70501 | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Creighton B. Abadie**<br>9431 Common Street<br>Baton Rouge, LA 70809 | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Eugene Law Firm**<br>Post Office Box 375<br>Lockport, LA 70374 | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **John M. Coman, Jr.**<br>5207 Alphonse Court<br>Metairie, LA 70006 | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Kean Miller, LLP**<br>909 Poydras Street<br>Suite 3600<br>New Orleans, LA 70112 | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Lugenbuhl Law Corporation**<br>Stewart F. Peck<br>601 Poydra Street<br>Suite 2775<br>New Orleans, LA 70130 | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.9 **Myron Bourque**<br>**Post Office Box 696**<br>**Berwick, LA 70342** | Line __3.42__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Newman, Mathis, Brady & Spedale**<br>**433 Metairie Road**<br>**Suite 600**<br>**Metairie, LA 70005** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Paul T. Landry**<br>**Post Office Box 2684**<br>**Morgan City, LA 70381-2684** | Line __3.60__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 27,077.01 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,617,980.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,645,057.37 |

**Fill in this information to identify the case:**

Debtor name   **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Uniform Contract**<br><br><br><br>**Cintas**<br>**1101 Talbert Street**<br>**Thibodaux, LA 70301** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Tract or parcel of land situated at Section 14, Township 16 South, Range 13 East, St. Mary Parish, Louisiana**<br><br>**S.J. Verret, Jr.**<br>**Post Office Box 217**<br>**Amelia, LA 70340** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Phone contract**<br><br><br><br>**Sprint**<br>**Post Office Box 481**<br>**Carol Stream, IL 60197-4181** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | **Answering Service Contract**<br><br><br><br>**Stericycle Communications**<br>**26604 Network Place**<br>**Chicago, IL 60673** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **David Acosta** | **1022 Claire Drive**<br>**Morgan City, LA 70380** | **Regions Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Ray & Shirley Scully** | **Post Office Box 3554**<br>**Morgan City, LA 70381** | **Midsouth Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Ray & Shirley Scully** | **Post Office Box 3554**<br>**Morgan City, LA 70381** | **Regions Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Ray & Shirley Scully** | **Post Office Box 3554**<br>**Morgan City, LA 70381** | **First National Bank of Picayunne** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **A&B Industries of Morgan City, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,139,345.38** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$6,851,970.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$11,652,726.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Ray Scully**<br><br>Shareholder | **October 2017** | **$6,096.00** | **Salary** |
| 4.2.  **Shirley Scully**<br><br>Treasurer/Shareholder | **October 2017** | **$6,096.00** | **Salary** |
| 4.3.  **David Acosta**<br><br>Shareholder | **October 2017** | **$6,096.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Ironman Staffing<br>v.<br>A&B Industries of Morgan City<br>131445 "G"** | | **St. Mary Parish 16th JDC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Morgan City Supply of Louisiana<br>v.<br>A&B Industries of Morgan City, Inc<br>131446 "D"** | | **St. Mary Pairsh 16th JDC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Coburn Supply Company, Inc**<br>**v.**<br>**A&B industries of Morgan City, Inc**<br>**131656 "D"** | | **St. Mary Parish 16th JDC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Compressed Air Systems, LLC**<br>**v.**<br>**A&B Industries of Morgan City, Inc**<br>**C-20175316 "G"** | | **Lafayette Parish 15th JDC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **General Mill Supplies, Inc.**<br>**v.**<br>**A&B Industries of Morgan City, Inc.**<br>**131353 "F"** | | **St. Mary Parish 16th JDC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **National Welding Supply Co, Inc.**<br>**v.**<br>**David C. Acosta-Director, ET AL**<br>**131510 "E"** | | **St. Mary Parish 16th JDC** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weinstein & St. Germain, LLC 1414 NE Evangeline Thrwy. Lafayette, LA 70501** | | **10/13/2017** | **$3,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Byron Mayon, CPA**<br>**2720 Highway 182**<br>**Morgan City, LA 70380** | **1996- present** |
| 26a.2.    **Shirley Scully**<br>**Post Office Box 3554**<br>**Morgan City, LA 70381** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melanie Acosta | 1022 Claire Drive Morgan City, LA 70380 | Shareholder | 30 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Raymond Scully | Post Office Box 3554 Morgan City, LA 70381 | Shareholder | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shirley Scully | Post Office box 3554 Morgan City, LA 70381 | Shareholder | 40 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Acosta | 1022 Claire Drive Morgan City, LA 70380 | President/Shareholder | 20 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ray Scully** | **$6,096.00** | **October2017** | **Salary** |
| | Relationship to debtor **Shareholder** | | | |
| 30.2. | **Shirley Scully** | **$6,096.00** | **October20171** | **Salary** |
| | Relationship to debtor **Treasurer/Shareholder** | | | |
| 30.3. | **David Acosta** | **$6,096.00** | **October2017** | **Salary** |
| | Relationship to debtor **Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  7, 2017**

**/s/ Shirley H. Scully**                                    **Shirley H. Scully**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re __A&B Industries of Morgan City, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $ _____3,165.00

    Prior to the filing of this statement I have received ............................. $ _____3,165.00

    Balance Due .......................................................................................... $ _____0.00

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__November  7, 2017__

*Date*

**/s/ Tom St. Germain**

**Tom St. Germain 24887**

*Signature of Attorney*

**Weinstein & St. Germain**
**1414 NE Evangeline Thruway**
**Lafayette, LA 70501**
**(337) 235-4001   Fax: (337) 235-4020**

*Name of law firm*

---

Acosta Family Rentals
1022 Claire Drive
Morgan City, LA 70381


Aimsco, Inc.
Post Office Box 347
Amelia, LA 70340


American Longshore Mutual Assoc.
Post Office Box 934368
Atlanta, GA 31193


Aquiana Water
Post Office box 880
Belle Chasse, LA 70037


Bateman Ice, Inc
Post Office Box 11
Pierre Part, LA 70339


Bayou Metal Supply, LLC
60042 Cabiran Road
Slidell, LA 70460


Belzona of Baton Rouge
3915 O'Neal Lane
Suite A
Baton Rouge, LA 70816


BNA Marine Services
Post Office Box 150
Morgan City, LA 70380


Bob's Heating & Air Conditioning
3760 Fifth Street
Berwick, LA 70342

Brian M. Tranchina
Post Office Box 2705
Morgan City, LA 70381


Cearley W. Fontenot
100 East Vermillion Street
Suite 400
Lafayette, LA 70501


Charters Communication
Post Office Box 742614
Cincinatti, OH


Cintas
1101 Talbert Street
Thibodaux, LA 70301


Classic Business
7828 Highway 90
Morgan City, LA 70381


Coastal Tank Cleaning, LLC
1115 Front Street
Morgan City, LA 70380


Coburn Supply Company, Inc
Post Office Box 99001
Denham Springs, LA 70727


Community Coffee, LLC
Post Office Box 791
Baton Rouge, LA 70821


Complete Marine Services, LLC
Post Office Box 911
Amelia, LA 70340

Compressed Air Systems, LLC
Post Office Box 1165
Youngsville, LA 70592-1165


Creighton B. Abadie
9431 Common Street
Baton Rouge, LA 70809


Custom Crete Concrete Products
Post Office Box 930134
Atlanta, GA 31193-0134


D&M Steel Co
1324 Engineers Road
Belle Chasse, LA 70037


Dale's Welding & Fabricators
29635 Highway 75
Plaquemine, LA 70764


David Acosta
1022 Claire Drive
Morgan City, LA 70380


DEFI of LA
Post Office Box 90575
Houston, TX 77290


Donovan Marine Inc.
Post Office Box 1979
Memphis, TN 38101


Donovan Marine Systems, LLC
Post Office Box 989
Amelia, LA 70340

Enviro-Sense, Inc
609 South State Street
Abbeville, LA 70510


Eugene Law Firm
Post Office Box 375
Lockport, LA 70374


Express Supply and Steel
Post Office Box 5091
Houma, LA 70361


First National Bank of Picayunne
121 East Canal Street
Picayune, MS 39466-0848


Gator Rigging
Post Office Box 2316
Morgan City, LA 70381


Gaubert Oil Company
Post Office Box 310
Thibodaux, LA 70302


General Miss Supplies, Inc
751 Hill Street
New Orleans, LA 70121


Group I Demo & Repair, LLC.
Post Office Box 1137
Amelia, LA 70340


Hercules Wire Rope & Sling, Co
Post Office Box 1769
Houma, LA 70361-1769

Hydra Force, LLC
1910 Engineers Road
Belle Chasse, LA 70037


III Construction
Post Office box 1222
Patterson, LA 70392


Industrial Air Solutions
514 Muirfield Ct.
Slidell, LA 70458


Iron Man Staffing
Post Office Box 2336
Morgan City, LA 70381


Jesse Fontenot, Inc
Post Office Box 630
Morgan City, LA 70381


John M. Coman, Jr.
5207 Alphonse Court
Metairie, LA 70006


Kahlenberg Industries, Inc.
Post Office Box 358
Cedar Rapids, IA 52410


Kean Miller, LLP
909 Poydras Street
Suite 3600
New Orleans, LA 70112


Lafayette Electrical & Marine
1107 Ninth Street
Morgan City, LA 70380

LQT Industries, LLC
5854 Highway 90
Broussard, LA 70518


Lugenbuhl Law Corporation
Stewart F. Peck
601 Poydra Street
Suite 2775
New Orleans, LA 70130


Marine & Industrial Insulation
9501 Highway 955 East
Ethel, LA 70730


Masse Contracting, Inc
Post Office Box 394
Lockport, LA 70374


Midsouth Bank
Morgan City Branch
Attn: Post Closing Department
Post Office Box 8
Many, LA 71449


Midsouth Bank
Post Office Box 3742
Lafayette, LA 70502


Morgan City Supply of LA
Post Office Box Drawer 2030
Morgan City, LA 70381


Myron Bourque
Post Office Box 696
Berwick, LA 70342


National Welding Supply Co, Inc
Post Office Box 9786
New Iberia, LA 70562-9786

Newman, Mathis, Brady & Spedale
433 Metairie Road
Suite 600
Metairie, LA 70005


NI Welding Supply, LLC
125 Thruway Park
Broussard, LA 70518


Orkin Pest & Termite Control
109 Venture Boulevard
Houma, LA 70360


Osburn's, Inc.
Post Office Box 3107
Morgan City, LA 70381


Paul T. Landry
Post Office Box 2684
Morgan City, LA 70381-2684


Pauls Agency
Post Office Box 1680
Morgan City, LA 70380


Pearl Aggregate Materials, LLC
Post Office Box 6345
Diamondhead, MS 39525


Pernell M. Parfait
233 Goldenrain Drive
Unit 3102
Kissimmee, FL 34747


Ralow Services, Inc.
Post Office Box 2324
Morgan City, LA 70381

Ray & Shirley Scully
Post Office Box 3554
Morgan City, LA 70381


Regions Bank
201 Milan Parkway
Birmingham, AL 35211


Republic Services
808 L and A Road
Metairie, LA 70001


Rock's A/C and Electrial Service
Post Offce Box 2706
Morgan City, LA 70381


S.J. Verret, Jr.
Post Office Box 217
Amelia, LA 70340


Schuyler Maritime, LLC
1036 Vicky Lane
Broussard, LA 70518


Sewart Supply, Inc.
6316 Humphreys Street
New Orleans, LA 70123


Shell Fleet
Post Office Box 9016
Des Moines, IA 50368


Sleca
Post Office Box 1126
Amelia, LA 70340

Southland Glass, LLC
Post Office Box 1942
Morgan City, LA 70381


Sprint
Post Office Box 481
Carol Stream, IL 60197-4181


St. Mary Parish Sales Tax
Post Office Box 571
Franklin, LA 70538


St. Mary Parish Water Works
Post Office Box 309
Houma, LA 70360


St. Mary Sheriff
Post Office Box 571
Franklin, LA 70538


Stericycle Communications
26604 Network Place
Chicago, IL 60673


Summit Electric Supply
Post Office Box 848345
Dallas, TX 75284-8345


Vida Paint & Supply, Inc.
Post Office Box 2706
Morgan City, LA 70381

# United States Bankruptcy Court
## Western District of Louisiana

In re __A&B Industries of Morgan City, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __November 7, 2017__

__/s/ Shirley H. Scully__

__Shirley H. Scully/Treasurer__
Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re    **A&B Industries of Morgan City, Inc.**        Case No. _____

                       Debtor(s)        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **A&B Industries of Morgan City, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 7, 2017** | **/s/ Tom St. Germain** |
| Date | **Tom St. Germain 24887** |
| | Signature of Attorney or Litigant |
| | Counsel for    **A&B Industries of Morgan City, Inc.** |
| | **Weinstein & St. Germain** |
| | **1414 NE Evangeline Thruway** |
| | **Lafayette, LA 70501** |
| | **(337) 235-4001 Fax:(337) 235-4020** |