# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE:
A&B INDUSTRIES OF MORGAN CITY, INC.                    Case 17-51452-RS

                                                       Chapter 7

## TRUSTEE'S EX PARTE MOTION FOR TURNOVER OF BANK ACCOUNTS

Now into court comes **LUCY G. SIKES**, duly appointed Chapter 7 Bankruptcy Trustee, who respectfully represents that:

1.

This case was filed on 11/07/2017 under Chapter 7 of the United States Bankruptcy Code and movant was appointed by the United States Trustee as Chapter 7 Bankruptcy Trustee in this matter on that date.

2.

In the schedules, Debtor listed two accounts at Regions Bank, an operating account (account number ending in 5774) and a payroll account (account number ending in 5553). Although Trustee has received a portion of the funds on deposit voluntarily, trustee believes that there may have been some post-petition wire transfers into the accounts and thus seeks an Order for Turnover to aid in her recovery of property of the estate pursuant to her duties under 11 U.S.C. 541 et seq.

3.

Trustee has advised counsel for Regions Bank of her turnover request.

4.

Trustee seeks an Order from this Honorable Court, requiring Regions Bank to turnover any and all funds in the debtor's two accounts at Regions Bank, an operating account (account number ending in 5774) and a payroll account (account number ending in 5553), and for any other related relief to ensure proper receipt of funds and closure of the account.

WHEREFORE, LUCY G. SIKES, CHAPTER 7 TRUSTEE, RESPECTFULLY PRAYS that her "Motion for Turnover," be granted, requiring Regions Bank to turnover any and all funds in the two accounts at Regions Bank, an operating account (account number ending in 5774) and a payroll account (account number ending in 5553), and for any other related relief to ensure proper receipt of funds and closure of the account, and for any other equitable relief.

Respectfully Submitted,

\_\_\_/s/Lucy G. Sikes_____
LUCY G. SIKES, #22787
Chapter 7 Trustee
Attorney at Law
Post Office Box 6726
Shreveport, LA 71136
337-366-0214
Lucygsikes1@gmail.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion for Turnover of Debtor in Possession Bank Account has been served on the debtor and Regions Bank *at the addresses listed below,* by placing of the same in the United States mail, postage prepaid, and the United States Trustee and to debtor's attorney and Regions Bank electronically, through CM/ECF **on December 12, 2017**.

                                                                *s/Lucy G. Sikes*

**A&B INDUSTRIES OF MORGAN CITY, INC.**
**POST OFFICE BOX 1137**
**AMELIA, LA 70340**
      Debtor

**Thomas E. St. Germain**
**1414 NE EVANGELINE THRUWAY**
**LAFAYETTE LA 70501**
**ecf@weinlaw.com**
      Attorney for Debtor (service by email only)

**Office of the U. S. Trustee**
**300 Fannin Street, Room 3196**
**Shreveport, LA 71101**
ustpregion05.sh.ecf@usdoj.gov
      United States Trustee (service by email only)

**Regions Bank**
**Through its counsel of record**
**Lacey E. Rochester**
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
**201 St. Charles Ave, Suite 3600**
**New Orleans, LA 70170**
***E-mail*:** **lrochester@bakerdonelson.com** (service by email and regular mail)