

**Trustee Insurance Agency - Seneca**
2813 West Main
Kalamazoo, MI  49006 US
(877)237-8167

**BILL TO**
Lucy Sikes
RE: A&B Industries of Morgan
City
Case # 17-51452
POB 6726
Shreveport, LA  71136

## INVOICE 1712

**DATE** 12/20/2017    **TERMS** Net 30

**DUE DATE** 01/19/2018

| CASE NUMBER | DEBTOR NAME |
|---|---|
| 17-51452 | A&B Industries of Morgan City |

| ACTIVITY | QTY | AMOUNT |
|---|---|---|
| **Commercial Insurance**<br>Property Address: 2914 & 2916 Lake Palourde Rd., Morgan City, LA 70380<br>Coverage Period: 12/20/17 - 12/20/18<br>Policy Number: RMP4700077<br>$1 million per occurrence/ $2 million aggregate<br>Total Premium Due:  $2,595.52 (Billed Quarterly) | 1 | 648.88 |
| **Installment Fee**<br>Per Installment period | 1 | 7.00 |

| TOTAL DUE | **$655.88** |
|---|---|

(877)237-8167 - jac@trusteeresourcegroup.com - trusteeresourcegroup.com

For more information related to our TAX and ACCOUNTING services please contact:
Cheryl Wesler: cheryl@trusteeresourcegroup.com

17-51452 - #16-1  File 12/21/17  Enter 12/21/17 16:27:30  Exhibit Invoice Pg 1 of 1