UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51452 |
| A&B INDUSTRIES OF MORGAN CITY, INC. | CHAPTER 7 |
|     DEBTOR | |

MOTION FOR AUTHORITY TO SELL ASSETS (MOVABLE AND IMMOVABLE), <u>FREE AND CLEAR OF LIENS, REFERRING LIENS TO THE PROCEEDS</u>

NOW INTO COURT, through undersigned special counsel, comes Lucy G. Sikes (the "Trustee"), in her capacity as the chapter 7 trustee for the bankruptcy estate of A&B Industries of Morgan City, Inc., who states:

### **Jurisdiction and Venue**

1.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.

This matter is a core proceeding. The statutory basis for relief is 11 U.S.C. §363(b), (f)(1)(2) and (5), and (k).

### **Background**

3.

On November 7, 2017, A&B Industries of Morgan City, Inc. filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

4.

The property to be sold, collectively consists of waterfront real estate in Amelia, Louisiana, three movable (floating) dry docks, and various equipment.

5.

Proofs of claim have not been filed by all secured creditors at this time.

6.

The schedules of assets and liabilities reflect equity in both real estate and movables.

7.

The primary assets to be sold are:

1) Link-Belt 90-Ton Crane
2) 1968 Link-Belt 150-Ton Crane ANSI B30.5-1968, Serial #4EW507
3) Dresser Cherry Picker
4) Grove RT-58B Cherry Picker
5) SkyTrak 6036 Reach Fork Lift B8400 / 141647
6) Ingersoll Rand 825 Air Compressor
7) Ingersoll Rand 750 CFM Air Compressor
8) Blasting Pot, Blasting Equipment & Silo, includes horses
9) Atlas Copco XAS90 185 CFM Air Compressor
10) Dry Dock #2 (150' x 55')
11) Dry Dock #1 (100' x 55')
12) Dry Dock #3 (75'x 55')
13) Miller 8-Pack Welding Machine
14) Miller 8-Pack Welding Machine
15) Stand with multiple welding leads
16) Miller 8-Pack Welding Machine
17) Miller 8-Pack Welding Machine
18) Miller 8-Pack Welding Machine
19) New Holland LX665 Turbo Skid Steer Loader
20) Miller 8-Pack Welding Machine
21) Miller 8-Pack Welding Machine
22) Miller 8-Pack Welding Machine
23) Miller 8-Pack Welding Machine
24) Miller 8-Pack Welding Machine
25) Grove AMZ66XT Man Lift
26) CAT 600 CFM Diesel Powered Air Compressor
27) Everett Industries Chip Saw
28) Miller 8-Pack Welding Machine

29) Contents of Tool Cage
30) Real Estate located at 2914 and 2916 Lake Palourde Road, Amelia, Louisiana

8.

On information and belief, First National Bank of Picayune, a Mississippi banking institution has a first lien on four tracts of real estate described in a credit sale deed from First National Bank of Picayune to A&B Industries of Morgan City, Inc., dated July 21, 2004, encumbering collectively described as 2914 Lake Palourde Road, Amelia, Louisiana 70340, and two dry docks, one 70'x100' overall, ID #E.W. No 1-No. 1 and 75'x70' overall ID #E.W. #2-No. 1 a/k/a EW No 2-No 2. One of the referenced dry docks is in need of repairs and needs continuous pumping to remain afloat, and one is underwater and not operable at present.

9.

On information and belief, and based on a proof of claim filed by Mid-South Bank, Mid-South Bank has a first lien on a Grove RT420, S/W: 58798 20 ton hydraulic crane w/60' main boom, 38' Swing Away Jib and Cummins 6BT Diesel Engine Block and Ball. Said asset is over-encumbered.

10.

On information and belief, based on documents provided by Regions Bank and the schedules of assets and liabilities, Regions Bank has a first lien on a 1999 Gulf Tran, Inc. Dry Dock #2, no serial number located, located at 2916 Lake Palourde Road, Amelia, Louisiana 70340.

11.

Remaining equipment appears to be unencumbered.

12.

One tract of land referred to generally as 2916 Lake Palourde Road, Amelia, Louisiana, appears to be unencumbered.

13.

The trustee proposes to sell all assets at an online Internet Auction that begins to close Tuesday, March 6, 2018 at 2:00 PM CST beginning with Lot # 1, then each subsequent Lot will close approximately 7 seconds behind the other unless a last minute bid is placed. In such a case the bidding on lots receiving last minute bids will be extended by 2 minutes every time a bid is received, giving time for other bidders to increase their bids.

14.

An application to hire auctioneer is being filed as well. The application will propose to compensate Lawler Auction with a ten percent (10%) commission and a 10% buyer's premium on movables and a six percent (6%) percent commission on real estate sold.

15.

The trustee believes there is equity for the estate over and above the amounts owed secured creditors on real estate.

16.

The trustee is informed that Regions Bank consents to the sale of its collateral, a dry dock.

17.

The trustee is informed that Mid-South Bank consents to the sale of its collateral, a crane.

18.

If the sale of any bank collateral does not bring a sum sufficient to discharge the indebtedness and pay the auctioneer's commission, whether 10% or 6%, the trustee proposes to

surcharge said collateral under 11 U.S.C. §506(c) with the auctioneer's commission. There will be no trustee's commission surcharge on any short sales.

19.

Any secured creditor may credit bid its secured claim against its collateral under 11 U.S.C. §363(k), pay only the auctioneer's commission of 6% or 10%, depending on the nature of the collateral. Said credit bid should be received by trustee's auctioneer no later than 4:00 p.m. on March 2, 2018.

**Relief Requested**

20.

The trustee requests that she be authorized to sell, through her auctioneer, the movable and immovable assets of the estate, free and clear of liens, referring liens to the proceeds, be authorized to pay the auctioneer's commission as outlined above, to surcharge the collateral of secured creditors if necessary, and to hold further proceeds of sale pending a motion and order to pay proceeds to the secured creditors.

**WHEREFORE**, the Trustee requests the entry of an order in consonance with these pleadings.

      /s/ John W. Luster
JOHN W. LUSTER    (Bar Roll #9184)
Special Counsel for Lucy G. Sikes, Trustee
Post Office Box 488
1120 Williams Avenue
Natchitoches, LA  71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
E-mail: luster_j@bellsouth.net