UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                                                     CASE NO. 17-51452
A&B INDUSTRIES OF MORGAN CITY, INC.                 CHAPTER 7
      DEBTOR

REPORT OF SALE AT PUBLIC AUCTION

TO THE HONORABLE CLERK, UNITED STATES BANKRUPTCY COURT:

NOW COMES, through counsel, comes Lucy G. Sikes, the duly qualified and acting Trustee herein, who with respect shows:

1.

On January 12, 2018, notice was given by the Trustee of her intent to sell movable and immovable property of the debtor at an online Internet auction to be conducted by Danny Lawler of Lawler Auction Company. Said auction would begin to close Tuesday, March 6, 2018 at 2:00 PM CST.

2.

That said Internet Auction Sale was conducted with assistance. The movable property sold for $298,126.00 and the immovable property sold for $460,000.00 as shown on the attached sales report.

3.

That all parties in interest had an opportunity for objection and hearing on said sale.

4.

The Trustee requests that this report be filed in and made a part of the records of the above captioned case.

Signed at Natchitoches, Louisiana, this 8th day of March, 2018.

                                                /s/ John W. Luster
                                                JOHN W. LUSTER (#9184)
                                                1120 Williams Avenue
                                                Post Office Box 488
                                                Natchitoches, LA 71458-0488
                                                Telephone: (318) 352-3602
                                                Facsimile: (318) 352-3608
                                                E-mail: luster_j@bellsouth.net
                                                Attorney for Lucy G. Sikes, Trustee

**Lawler Auction Company**
**7781 Highway 1 North**
**SHREVEPORT, LA  71107**

Phone: 318-929-7003   Fax: 318-309-8966

| | |
|---|---|
| CO #: | 3745 |
| Date: | 3/8/2018 |
| Page: | 1 |

**Consignor: SIKESL**

Lucy G. Sikes
Lucy G. Sikes, Bankruptcy Trustee
P. O. Box 6726
Shreveport, LA 71136
Phone:337-366-0214

```
A&B Industries of Morgan City, LA. Bankruptcy Case No. 17-51452
E-Mailed on 3/8/2018 to lucygsikes1@gmail.com
```

Auction: A&B Industries of Morgan City, LA. Bankruptcy Auction 3-6-18

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---:|
| 1 | Link-Belt 90-Ton Crane | Invoice Sale Price(Qty=1) | 33,000.00 |
| | | #7019 - Lad Services of Louisiana,llc, Dragna, Lee | |
| | | Commission(Qty=1) | ( 3,300.00) |
| 2 | 1968 Link-Belt 150-Ton Crane ANSI B30.5-1968 Serial # 4EW507 | Invoice Sale Price(Qty=1) | 66,500.00 |
| | | #7053 - R & R Boats, Boudreaux, Robert | |
| | | Commission(Qty=1) | ( 6,650.00) |
| 3 | Dresser Cherry Picker | Invoice Sale Price(Qty=1) | 2,600.00 |
| | | #7026 - Portierfabrication, Portier, Robbie | |
| | | Commission(Qty=1) | ( 260.00) |
| 4 | Grove RT-58B Cherry Picker | Invoice Sale Price(Qty=1) | 6,750.00 |
| | | #7055 - Central American line, Israel, Samuel | |
| | | Commission(Qty=1) | ( 675.00) |
| 5 | SkyTrak 6036 Reach Fork Lift B8400 / 141647 | Invoice Sale Price(Qty=1) | 7,000.00 |
| | | #7019 - Lad Services of Louisiana,llc, Dragna, Lee | |
| | | Commission(Qty=1) | ( 700.00) |
| 6 | Ingersoll Rand 825 Air Compressor | Invoice Sale Price(Qty=1) | 11,000.00 |
| | | #7056 - Lowland construction, Robichaux, David | |
| | | Commission(Qty=1) | ( 1,100.00) |
| 7 | Ingersoll Rand 750 CFM Air Compressor | Invoice Sale Price(Qty=1) | 7,500.00 |
| | | #7060 - Cash N=A Flash Inc., Matthews, Randy | |
| | | Commission(Qty=1) | ( 750.00) |
| 8 | Blasting Pot, Blasting Equipment, & Silo. Includes Hos photographed. | Invoice Sale Price(Qty=1) | 4,250.00 |
| | | #7030 - JoTco Coatings, LLC, Dubois, John | |
| | | Commission(Qty=1) | ( 425.00) |
| 9 | Atlas Copco XAS90 185 CFM Air Compressor | Invoice Sale Price(Qty=1) | 3,500.00 |
| | | #7055 - Central American line, Israel, Samuel | |
| | | Commission(Qty=1) | ( 350.00) |
| 10 | Dry Dock # 2 (150' x 55') VESSEL VESSEL EXCEED TONS. | Invoice Sale Price(Qty=1) | 86,000.00 |
| | | #7052 - Bourg Marine, Inc., Bourg, Raleigh | |

**Lawler Auction Company**
**7781 Highway 1 North**
**SHREVEPORT, LA  71107**

Phone: 318-929-7003   Fax: 318-309-8966

| CO #: | 3745 |
|---|---|
| Date: | 3/8/2018 |
| Page: | 2 |

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---|
|  | Dry Dock # 2 (150' x 55') VESSEL VESSEL EXCEED TONS. | Commission(Qty=1) | ( 8,600.00) |
| 11 | Dry Dock # 1 (100' x 55') This dry dock has some leak having to be pumped daily.  It will be the responsibility the buyer to begin their own pumping on this dry dock Wednesday, March 7, 2017 at Noon. | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 25,500.00 |
|  |  | Commission(Qty=1) | ( 2,550.00) |
| 12 | Dry Dock # 3 (75' x 55') This dry dock is partially subm and will require the buyer to recover it. | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 15,500.00 |
|  |  | Commission(Qty=1) | ( 1,550.00) |
| 13 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7059 - Quality Diesel Service, Bourgeois, Jason | 525.00 |
|  |  | Commission(Qty=1) | ( 52.50) |
| 14 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7029 - C&V machine,LLC, Currault, Troy | 1,300.00 |
|  |  | Commission(Qty=1) | ( 130.00) |
| 15 | Stand with multiple welding leads | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 1,100.00 |
|  |  | Commission(Qty=1) | ( 110.00) |
| 16 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 550.00 |
|  |  | Commission(Qty=1) | ( 55.00) |
| 17 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7029 - C&V machine,LLC, Currault, Troy | 950.00 |
|  |  | Commission(Qty=1) | ( 95.00) |
| 18 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 550.00 |
|  |  | Commission(Qty=1) | ( 55.00) |
| 19 | New Holland LX665 Turbo Skid Steer Loader | Invoice Sale Price(Qty=1)<br>#7059 - Quality Diesel Service, Bourgeois, Jason | 5,250.00 |
|  |  | Commission(Qty=1) | ( 525.00) |
| 20 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7059 - Quality Diesel Service, Bourgeois, Jason | 550.00 |
|  |  | Commission(Qty=1) | ( 55.00) |
| 21 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 130.00 |
|  |  | Commission(Qty=1) | ( 13.00) |
| 22 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1)<br>#7059 - Quality Diesel Service, Bourgeois, Jason | 525.00 |

**Lawler Auction Company**
**7781 Highway 1 North**
**SHREVEPORT, LA  71107**

Phone: 318-929-7003   Fax: 318-309-8966

| | | CO #: | 3745 |
|---|---|---|---|
| | | Date: | 3/8/2018 |
| | | Page: | 3 |

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---|
| | Miller 8-Pack Welding Machine | Commission(Qty=1) | ( 52.50) |
| 23 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1) | 450.00 |
| | | #7004 - C-Dive, Champagne, Robbie | |
| | | Commission(Qty=1) | ( 45.00) |
| 24 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1) | 375.00 |
| | | #7004 - C-Dive, Champagne, Robbie | |
| | | Commission(Qty=1) | ( 37.50) |
| 25 | Grove AMZ66XT Man Lift | Invoice Sale Price(Qty=1) | 6,750.00 |
| | | #7055 - Central American line, Israel, Samuel | |
| | | Commission(Qty=1) | ( 675.00) |
| 26 | CAT 600 CFM Diesel Powered Air Compressor | Invoice Sale Price(Qty=1) | 5,000.00 |
| | | #7060 - Cash N=A Flash Inc., Matthews, Randy | |
| | | Commission(Qty=1) | ( 500.00) |
| 27 | Everett Industries Chip Saw | Invoice Sale Price(Qty=1) | 170.00 |
| | | #7003 - Murrell's, Baker, Stephanie | |
| | | Commission(Qty=1) | ( 17.00) |
| 28 | Miller 8-Pack Welding Machine | Invoice Sale Price(Qty=1) | 230.00 |
| | | #7059 - Quality Diesel Service, Bourgeois, Jason | |
| | | Commission(Qty=1) | ( 23.00) |
| 29 | Contents of Tool Cage | Invoice Sale Price(Qty=1) | 1,025.00 |
| | | #7029 - C&V machine,LLC, Currault, Troy | |
| | | Commission(Qty=1) | ( 102.50) |
| 30 | VR-642B Reach Fork Lift (Salvage Condition) | Invoice Sale Price(Qty=1) | 2,600.00 |
| | | #7040 - Klumpp Equipment, Klumpp, Walter | |
| | | Commission(Qty=1) | ( 260.00) |
| 31 | Equipment Basket | Invoice Sale Price(Qty=1) | 200.00 |
| | | #7019 - Lad Services of Louisiana,llc, Dragna, Lee | |
| | | Commission(Qty=1) | ( 20.00) |
| 32 | Engine on a Pallet | Invoice Sale Price(Qty=1) | 60.00 |
| | | #7060 - Cash N=A Flash Inc., Matthews, Randy | |
| | | Commission(Qty=1) | ( 6.00) |
| 33 | Five Equipment Baskets | Invoice Sale Price(Qty=1) | 450.00 |
| | | #7029 - C&V machine,LLC, Currault, Troy | |
| | | Commission(Qty=1) | ( 45.00) |
| 34 | Rothenberger 22-A Pipe Threader | Invoice Sale Price(Qty=1) | 6.00 |
| | | #7060 - Cash N=A Flash Inc., Matthews, Randy | |
| | | Commission(Qty=1) | ( 0.60) |
| 35 | Unlotted Contents of Shop All items on warehouse sh (shelving not included as it is attached to the building.) Drill press, welding table, band saw, Comparc Welder, torch hoses with stands, extension cords with stands, ladders, chop saw, stands. | Invoice Sale Price(Qty=1) | 120.00 |
| | | #7014 - Aaerco, Moffett, Sidney | |

**Lawler Auction Company**
**7781 Highway 1 North**
**SHREVEPORT, LA  71107**

Phone: 318-929-7003   Fax: 318-309-8966

| | |
|---|---:|
| CO #: | 3745 |
| Date: | 3/8/2018 |
| Page: | 4 |

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---:|
|  | Unlotted Contents of Shop All items on warehouse sh (shelving not included as it is attached to the building.) Drill press, welding table, band saw, Comparc Welder, torch hoses with stands, extension cords with stands, ladders, chop saw, stands. | Commission(Qty=1) | (            12.00) |
| 36 | 3 Equipment Boxes and a Lift Basket | Invoice Sale Price(Qty=1) | 160.00 |
|  |  | #7019 - Lad Services of Louisiana,llc, Dragna, Lee |  |
|  |  | Commission(Qty=1) | (            16.00) |
|  |  | CO Expense - Paid to Cutting Factory, LLC - Install batteries and get equipent running for the auction pr | (         1,660.05) |
|  |  | CO Expense - Paid to Rogers Parts, Inc. of Morgan (NAPA Store) for batteries for equipent.  Invoice 45 | (         1,693.67) |

|  |  |
|---|---:|
| Total Quantity: | 36.00 |
| Total Invoice Sale Price: | 298,126.00 |
| Total Expenses: | (       3,353.72) |
| Total Commission: | (      29,812.60) |
| Total Due to Consignor: | 264,959.68 |
| Total Payments: | 0.00 |
| Balance: | $264,959.68 |

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Sliding Scale

Any Amount                              10%

**BUY BACK SETTINGS**

Calculate Buy Back By: Each
Buy Back Structure Type: Sliding Scale

Any Amount                              10%

The above referenced items have been sold at auction in accordance with the Consignment Agreement with Lawler Auction Company.  W
business and look forward to serving you again very soon.

**Lawler Auction Company**

**7781 Highway 1 North
SHREVEPORT, LA 71107**

Phone: 318-929-7003  Fax: 318-309-8966

| | |
|---|---:|
| CO #: | 3808 |
| Date: | 3/8/2018 |
| Page: | 1 |

**Consignor: SIKESL**

Lucy G. Sikes
Lucy G. Sikes, Bankruptcy Trustee
P. O. Box 6726
Shreveport, LA 71136
Phone:337-366-0214

*AUCTIONEEER HAS RECEIVED $25,000 DEPOSIT ON THE PROPERTY.  BUYER IS TO PAY B
CLOSING DIRECTLY TO THE TRUSTEE.*

Auction: A&B Industries of Morgan City, LA. Bankruptcy Auction 3-6-18

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---:|
| 50 | Real Estate located at 2914 and 2916 Lake Palourde<br>****THE BUYER'S PREMIUM IS WAIVED ON THE S THE REAL ESTATE ONLY **** | Invoice Sale Price(Qty=1)<br>#7004 - C-Dive, Champagne, Robbie | 460,000.00 |
| | That certain irregular shaped tract or parcel or land tog with all buildings and improvements thereon situated a rights, ways, privileges, prescriptions and servitudes th belonging or<br>in anywise appertaining and all appurtenances thereof and being situated in Ward 9, Section 14, T16S, R13E area known as Amelia, St. Mary Parish, Louisiana, ha waterfront footage of 250 feet more or less on Bayou consisting of the following four separate tracts of land having a frontage of approximately 142 feet on the cas of Amelia Road, also known as Lake Palourde Road, the municipal address of 2914 Lake Palourde Road, A Louisiana. | | |
| | TRACT 1: Lot 5 as shown on plan of land showing pro Hembley Gaudet prepared by Roes & Associates date 1977 and attached to a cash deed recorded in St. Mar Parish COB 20-V, Entry No. 172690; said lot measurin ± feet by a depth of 106 feet; said land being bounded the North by a 14 foot private lane, on the East by Bay Bouef, South by lands formerly of Rosena Callestro, b Tract 2 hereinbelow described, and West by Lot 4 on t aforesaid plan of land. | | |
| | TRACT 2: That certain tract of parcel of land; lying and situated in St. Mary Parish, Louisiana, and more partic described as having a frontage of 70 feet on the East Public Shell road (now known as Amelia Road and/or Road) running from U. S. Highway 90 to Lake Palourd extending | | |

**Lawler Auction Company**

**7781 Highway 1 North**
**SHREVEPORT, LA  71107**

**Phone: 318-929-7003   Fax: 318-309-8966**

| | CO #: | 3808 |
|---|---|---|
| | Date: | 3/8/2018 |
| | Page: | 2 |

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---|

back between parallel lines to Bayou Bouef. Bounded property formerly of Joseph S. Aucoin, now Tracts I thr 5 as shown on plan of land showing property of Hembl Gaudet prepared by Roes & Associates dated Decem attached to a cash deed recorded in St. Mary Parish C 20-V, Entry No. 172690, East by Bayou Bouef, South property formerly of Joseph S. Aucoin and formerly of Dupree, now Tracts 3 and 4 herein below described a by Lake Palourde Road.

TRACT 3: A certain lot or parcel of ground containing measuring 72 feet front on the West Bank of Bayou Bo depth between equal and parallel lines of 250 feet, bei bounded North by property formerly of Joseph S. Auco Frances T. Aucoin, now a portion of Tract 2 hereinabo described, East by Bayou Bouef, South by property for of Marcell, now Frank Domino or assigns and West by hereinbelow described; being more particularly describ as TRACT "C-D-E-F-G-H-C" as per plat of survey prep Roes & Associates, Engineers, dated February, 1980 recorded March 5, 1980 in St. Mary Parish COB 22-S, No. 183723.

TRACT 4: A certain lot or parcel aground containing a measuring 72 feet front on the East side of Amelia Ro a depth between parallel lines; being bounded North b property formerly of Joseph S. Aucoin and Frances T. Aucoin, now a portion of Tract 2 hereinabove describe East by Tract 3 hereinabove described, South by prop formerly of Marcell, now Frank Domino or assigns and by Amelia Road; being more particularly described as "A-B-C-H-A" as per plat of survey prepared by Roes & Associates, Engineers, dated February, 1980 and reco March 5, 1980 in St. Mary Parish COB 22-S, Entry No. 183,723.

Together with any and all present and future buildings, constructions, component parts, improvements, attach appurtenances, fixtures, rights, ways, privileges, adva batture, and batture rights, servitudes and easements type and description, now and/or in the future relating t Property, and any and all items and fixtures attached

**Lawler Auction Company**

**7781 Highway 1 North**
**SHREVEPORT, LA  71107**

**Phone: 318-929-7003   Fax: 318-309-8966**

| CO #: | 3808 |
| Date: | 3/8/2018 |
| Page: | 3 |

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---|
| | to and/or forming integral or component parts of the Pr accordance with the Louisiana Civil Code. | | |
| | The Property or its address is commonly known as 29 Palourde Rd., Amelia, LA 70340. | | |
| | AND | | |
| | That certain tract or parcel of land, together with all bui and improvements thereon situated, and all rights, wa and appurtenances thereunto belonging or in anywise lying and being situated in the Parish of St. Mary, Stat Louisiana, having one (1) arpent front on Bayou Boeuf between parallel lines of Two (2) arpents, more or less the North by land of L. P. Bourg, or assigns; and east Boeuf, said tract being designated as Tract "ABCHIJA attached to and made a part of that certain act of sale Book 12-P, Page 131, Entry No. 117,311 of the Conve St. Mary Parish, Louisiana. | | |
| | Being the same property acquired by Ernest Duval by Sale from Frank's Motor Company, Inc. recorded Marc 1988, in St. Mary Parish Conveyance Book 31-E, Pag Entry No. 222379. | | |
| | This property bears municipal number 2916 Lake Palo Road, Amelia, LA 70340. | | |
| | AND | | |
| | That certain tract or parcel of land lying and being situ the Parish of St. Mary, State of Louisiana, known, desi described as having a front on Bayou Boeuf of one (1) or less, by a depth of four (4) arpents more or less, an bounded now or formerly South by the property of Juli later the property of Sylvester Pennison, North by prop Desire Daigle, East by said Bayou Boeuf and West by Road leading to Lake Palourde; together with all buildi improvements thereon situated and all rights, ways, pri and servitudes thereunto belonging or in anywise app | | |

**Consignor Settlement**

**Lawler Auction Company**
**7781 Highway 1 North**
**SHREVEPORT, LA 71107**

**Phone: 318-929-7003   Fax: 318-309-8966**

| CO #: | 3808 |
|---|---|
| Date: | 3/8/2018 |
| Page: | 4 |

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---|
| | Being the same property acquired by Charles A. Walte from Al P. Glynn, et ux by Cash Deed recorded Dece in St. Mary Parish Conveyance Book 27-S, Entry No. from Sylvester J. Verret, Jr. a/k/a S. J. Verret, Jr. by C Deed recorded December 5, 1997 in St. Mary Parish Book 40-V, Entry No. 259834.<br><br>****THE BUYER'S PREMIUM IS WAIVED ON THE S THE REAL ESTATE ONLY **** | | |
| | | Commission(Qty=1) | ( 27,600.00) |

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Invoice Sale Price: | 460,000.00 |
| Total Commission: | ( 27,600.00) |
| Total Due to Consignor: | 432,400.00 |
| Total Payments: | 0.00 |
| Balance: | $432,400.00 |

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Sliding Scale

Any Amount                    6%

**BUY BACK SETTINGS**

Calculate Buy Back By: Each
Buy Back Structure Type: Sliding Scale

Any Amount                    6%

The above referenced items have been sold at auction in accordance with the Consignment Agreement with Lawler Auction Company.  W business and look forward to serving you again very soon.