UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:     A&B INDUSTRIES OF MORGAN CITY, INC.     Case 17-51452

Chapter 7

## TRUSTEE'S REPORT OF SALE AT AUCTION

TO THE HONORABLE CLERK, UNITED STATES BANKRUPTCY COURT:

Now comes Lucy G. Sikes, the duly qualified and acting Trustee herein, and with respect shows:

1. On August 1, 2018, notice was given by this Trustee of her intent to sell the below listed property of the debtor's estate at a public auction:

   **Remnant assets, including all of the Seller's right, title and interest under, in and to the Remnant Assets, as well as any and all claims and rights related to the Remnant Assets, including, without limitation, all cash, securities, instruments and other property that may be paid or issued in conjunction with the Remnant Assets and all amounts, interest, and costs due under the Remnant Assets.**

2. That all parties in interest had opportunity for objection and hearing on said sale (Docket #68, 69).

3. That no objections were filed within the time allowed by the Court; therefore, your Trustee proceeded to sell the property to the requesting party, Oak Point Partners, Inc., as set out in paragraph 1 above.

4. That the sale was completed, and the Trustee reports that the movable property sold for the amount of $5,000.

5. Trustee requests that this report be filed in and made a part of the records of the above proceedings.

Dated: January 16, 2019            Respectfully submitted,

_/s/Lucy G. Sikes_____
Lucy G. Sikes
Chapter 7 Trustee
Post Office Box 6726
Shreveport, LA 71136-6726
337-366-0214