# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

In re: A&B INDUSTRIES OF MORGAN CITY,      §       Case No. 17-51452
     INC.                                    §
                                                 §
                                                 §
          Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lucy G. Sikes, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Bankruptcy Clerk, John M. Shaw United States Courthouse

800 Lafayette Street

Suite 1200

Lafayette, LA 70501-7050

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/28/2020 in Courtroom Third Floor, Courtroom 5, John M. Shaw United States Courthouse, 800 Lafayette Street, Lafayette, LA 70501-7050. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date mailed: 01/07/2020                                      By: /s/ Lucy G. Sikes

                                                             Trustee

Lucy G. Sikes
Post Office Box 6726
Shreveport, LA 71136
(337) 366-0214
lucygsikes1@gmail.com


**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

In re:A&B INDUSTRIES OF MORGAN CITY,  §  Case No. 17-51452
　　　　INC.  §
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 933,674.16 |
| *and approved disbursements of:* | $ | 403,680.49 |
| *leaving a balance on hand of[1] :* | $ | 529,993.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | Compressed Air Systems, LLC | 8,174.00 | 0.00 | 0.00 | 0.00 |
| 15 | MIDSOUTH BANK, NA | 240,000.00 | 0.00 | 0.00 | 0.00 |
| 25-1 | First National Bank of Picayune c/o Robert A. Mathis | 144,099.75 | 0.00 | 0.00 | 0.00 |
| 25-2 | First National Bank of Picayune c/o Robert A. Mathis | 158,695.55 | 0.00 | 0.00 | 0.00 |
| 25-3 | First National Bank of Picayune c/o Robert A. Mathis | 168,740.55 | 168,740.55 | 168,740.55 | 0.00 |
| 30S | Regions Bank | 302,040.35 | 137,250.00 | 137,250.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to secured creditors: | $ | 0.00 |
|  | Remaining balance: | $ | 529,993.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lucy G. Sikes | 49,933.71 | 0.00 | 49,933.71 |
| Trustee, Expenses - Lucy G. Sikes | 1,122.35 | 175.91 | 946.44 |
| Costs to Secure/Maintain Property - Trustee Resource Group | 655.88 | 655.88 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - JOHN  W LUSTER | 15,678.00 | 15,678.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - JOHN  W LUSTER | 999.00 | 999.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - JOHN  W LUSTER | 1,564.82 | 1,564.82 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Rozier Harrington and McKay, CPA | 3,041.50 | 3,041.50 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Rozier Harrington and McKay, CPA | 58.90 | 58.90 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 50,880.15
Remaining balance: $ 479,113.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 479,113.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,853.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10-1 | Louisiana Department Of Revenue | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10-2 | Louisiana Department Of Revenue | 0.00 | 0.00 | 0.00 |
| 10-3 | Louisiana Department Of Revenue | 4,277.54 | 0.00 | 4,277.54 |
| 21P | sylvester j. verret jr. | 0.00 | 0.00 | 0.00 |
| 37-P | Internal Revenue Service | 1,575.69 | 0.00 | 1,575.69 |

Total to be paid for priority claims: $ 5,853.23
Remaining balance: $ 473,260.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,691,856.80 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HERCULES WIRE ROPE & SLING CO INC | 5,455.95 | 0.00 | 1,526.19 |
| 3 | Cinta Corp 541 | 1,380.13 | 0.00 | 386.06 |
| 4 | Coastal Tank Cleaning, LLC | 18,065.05 | 0.00 | 5,053.31 |
| 5 | Industrial Air Solutions, Inc. | 3,387.92 | 0.00 | 947.70 |
| 6 | South Louisiana Electric Cooperative Assn | 3,843.35 | 0.00 | 1,075.09 |
| 7 | Bobs Heating & Air Conditioning Service Inc. | 43,867.00 | 0.00 | 12,270.84 |
| 8 | Aimsco, Inc. | 63,482.97 | 0.00 | 17,757.99 |
| 9 | Coburn Supply Company, Inc | 7,393.90 | 0.00 | 2,068.28 |
| 11 | The QUIKRETE Companies, LLC dba Custom Crete | 12,331.92 | 0.00 | 3,449.59 |
| 12 | BNA Marine Services | 6,731.67 | 0.00 | 1,883.04 |
| 13 | Morgan City Supply of Louisiana, Inc. | 115,337.59 | 0.00 | 32,263.19 |
| 14 | Ironman Staffing, L.L.C. | 166,927.00 | 0.00 | 46,694.21 |
| 16 | Bayou Metal Supply, LLC | 10,587.00 | 0.00 | 2,961.48 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Lafayette Electrical & Marine | 6,618.84 | 0.00 | 1,851.48 |
| 18 | General Mill Supplies, Inc | 88,812.96 | 0.00 | 24,843.50 |
| 19-1 | Dale's Welding & Fabricators, LLC % Dale Lively | 0.00 | 0.00 | 0.00 |
| 19-2 | Dale's Welding & Fabricators, LLC % Dale Lively | 122,194.00 | 0.00 | 34,181.12 |
| 20 | Pernell M Parfait | 21,666.56 | 0.00 | 6,060.75 |
| 21U | sylvester j. verret jr. | 14,000.00 | 0.00 | 3,916.20 |
| 22 | Osburns Inc. | 12,827.88 | 0.00 | 3,588.32 |
| 23 | NI Welding Supply LLC | 79,243.20 | 0.00 | 22,166.57 |
| 24 | Acosta Family Rentals LLC David Acosta | 148,122.00 | 0.00 | 41,433.92 |
| 26 | Hydra Force, LLC | 19,231.45 | 0.00 | 5,379.58 |
| 27 | Pearl Aggregate Materials, LLC | 12,070.18 | 0.00 | 3,376.37 |
| 28 | Masse Contracting Inc. Eugene Gouaux Jr. | 345,365.93 | 0.00 | 96,608.64 |
| 29 | David Acosta | 50,000.00 | 0.00 | 13,986.42 |
| 30U | Regions Bank | 164,790.35 | 0.00 | 46,096.53 |
| 31 | Coastal Commerce Bank | 148,122.00 | 0.00 | 41,433.92 |

Total to be paid for timely general unsecured claims: $ 473,260.29
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $46,998.86 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 32 | ST MARY SHERIFF OFFICE | 82.23 | 0.00 | 0.00 |
| 33 | ST MARY SHERIFF OFFICE | 48.06 | 0.00 | 0.00 |
| 34 | ST MARY SHERIFF OFFICE | 0.00 | 0.00 | 0.00 |
| 35 | ST MARY SHERIFF OFFICE | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | Express Supply & Steel, L.L.C. c/o Stewart F. Peck, | 46,868.57 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:     $               0.00
Remaining balance:     $               0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $882.95 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37-Pen | Internal Revenue Service | 882.95 | 0.00 | 0.00 |

Total to be paid for subordinated claims:     $               0.00
Remaining balance:     $               0.00

Prepared by: /s/ Lucy G. Sikes

Trustee

Lucy G. Sikes
Post Office Box 6726
Shreveport, LA 71136
(337) 366-0214
lucygsikes1@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**