# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

**IN RE:** A&B Industries of Morgan City, Inc.
Debtor(s)

**Chapter:** 7
**Case Number:** 17–51452

## ORDER FOR DISTRIBUTION OF FUNDS

The Trustee's Final Account and Report ("TFR") has been duly reviewed by the U.S. Trustee's office and filed in this Chapter 7 case. Notice of the filing of the TFR and of all applications for compensation and reimbursement of expenses exceeding $1,500.00 has been given, and no written objection has been filed with the Clerk of Bankruptcy Court. Accordingly,

**IT IS ORDERED THAT:**

(1) The TFR is approved.
(2) The chapter 7 trustee is awarded (a) compensation in the amount of $49933.71, plus applicable fees earned on interest accrued between the date of the Notice and distribution, and (b) reimbursement of expenses in the amount of $946.44, all pursuant to 11 USC § 330;
(3) The chapter 7 trustee pay to the Clerk from the estate in this case miscellaneous fees due in the amount of $0.00 pursuant to 28 USC § 1930(b); and
(4) The trustee make final distribution of funds in accordance with law.

**SIGNED this the 30th day of January, 2020**

BY THE COURT

 /s/ John W. Kolwe

**UNITED STATES BANKRUPTCY JUDGE**