# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

In re: A&B INDUSTRIES OF MORGAN CITY, INC.

Debtor(s)

§
§
§
§

Case No. 17-51452

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Lucy G. Sikes, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $26,650.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $785,104.07 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $148,570.09 | |

3) Total gross receipts of $933,674.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $933,674.16 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $772,587.63 | $1,021,750.20 | $305,990.55 | $305,990.55 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $148,570.09 | $148,570.09 | $148,570.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $27,077.01 | $27,258.31 | $5,853.23 | $5,853.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,617,980.36 | $1,872,413.81 | $1,743,654.81 | $473,260.29 |
| **TOTAL DISBURSEMENTS** | $2,417,645.00 | $3,069,992.41 | $2,204,068.68 | $933,674.16 |

4) This case was originally filed under chapter 7 on 11/07/2017. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2020   By: /s/ Lucy G. Sikes

                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ten (10) Miller eight pack. | 1129-000 | $6,135.00 |
| AMZ 66XT Manlift. | 1129-000 | $6,750.00 |
| 2914 Lake Palourde Road, Amelia, LA. 70340; small dry dock | 1110-000 | $230,000.00 |
| Crane. | 1129-000 | $66,500.00 |
| L665 Turbo new holland. | 1129-000 | $5,250.00 |
| Three (3) scapp manlifts. | 1129-000 | $160.00 |
| 750 air compressor. | 1129-000 | $7,500.00 |
| Preference claim against JPMorgan Chase Bank | 1241-000 | $12,822.87 |
| Chip saw. | 1129-000 | $170.00 |
| Miscellaneous equipment | 1229-000 | $7,091.00 |
| 90 ton link belt. | 1129-000 | $33,000.00 |
| Preference claim against Citibank | 1241-000 | $12,200.00 |
| Checking Account at Midsouth Bank | 1129-000 | $878.73 |
| Dry Dock. | 1129-000 | $127,000.00 |
| A/R 90 days old or less. Face amount = $212,761.66. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $98,930.02 |
| 850 air compressor. | 1129-000 | $11,000.00 |
| Sky track fork lift. | 1129-000 | $7,000.00 |
| One (1) 185 scrap air compressor. | 1129-000 | $5,000.00 |
| One (1) ingersoll rand fork lift. | 1129-000 | $2,600.00 |
| Insurance Premium Refund | 1229-000 | $279.00 |
| 1600 air compressor. | 1129-000 | $3,500.00 |
| Two (2) 18 ton grove cherry picker. | 1129-000 | $9,350.00 |
| One (1) band saw. | 1129-000 | $120.00 |
| 2916 Lake Palourde Road, Amelia, LA. 70340 | 1110-000 | $230,000.00 |
| Remnant assets | 1290-000 | $5,000.00 |
| Checking Account at Regions Bank- Payroll | 1129-000 | $442.40 |
| **TOTAL GROSS RECEIPTS** | | **$888,679.02** |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | |
|---|---|---|---|
| Checking Account at Regions Bank-Operating | 1129-000 | | $44,522.79 |
| Utility t refund | 1229-000 | | $472.35 |
| **TOTAL GROSS RECEIPTS** | | | **$933,674.16** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Compressed Air Systems, LLC | 4210-000 | $0.00 | $8,174.00 | $0.00 | $0.00 |
| 15 | MIDSOUTH BANK, NA | 4210-000 | $349,129.49 | $240,000.00 | $0.00 | $0.00 |
| 25-1 | First National Bank of Picayune c/o Robert A. Mathis | 4110-000 | NA | $144,099.75 | $0.00 | $0.00 |
| 25-2 | First National Bank of Picayune c/o Robert A. Mathis | 4210-000 | NA | $158,695.55 | $0.00 | $0.00 |
| 25-3 | First National Bank of Picayune c/o Robert A. Mathis | 4210-000 | $129,837.00 | $168,740.55 | $168,740.55 | $168,740.55 |
| 30S | Regions Bank c/o Akinwande Childrey | 4210-000 | $277,425.07 | $302,040.35 | $137,250.00 | $137,250.00 |
| N/F | Midsouth Bank | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Regions Bank | 4110-000 | $16,196.07 | NA | NA | NA |
| | **TOTAL SECURED** | | **$772,587.63** | **$1,021,750.20** | **$305,990.55** | **$305,990.55** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lucy G. Sikes | 2100-000 | NA | $49,933.71 | $49,933.71 | $49,933.71 |
| Trustee, Expenses - Lucy G. Sikes | 2200-000 | NA | $1,122.35 | $1,122.35 | $1,122.35 |
| Auctioneer Fees - Danny Lawler Enterprises, LLC | 3610-000 | NA | $57,412.60 | $57,412.60 | $57,412.60 |
| Auctioneer Expenses - Danny Lawler Enterprises, LLC | 3620-000 | NA | $3,353.72 | $3,353.72 | $3,353.72 |
| Bond Payments - LUCY G. SIKES | 2300-000 | NA | $40.63 | $40.63 | $40.63 |
| Costs to Secure/Maintain Property - Trustee Resource Group | 2420-000 | NA | $655.88 | $655.88 | $655.88 |
| Costs re Sale of Property - St Mary Parish Sheriff and Tax Collector | 2500-000 | NA | $1,613.82 | $1,613.82 | $1,613.82 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $5,895.16 | $5,895.16 | $5,895.16 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service | 2810-000 | NA | $7,200.00 | $7,200.00 | $7,200.00 |
| Attorney for Trustee Fees (Other Firm) - JOHN W LUSTER | 3210-000 | NA | $16,677.00 | $16,677.00 | $16,677.00 |
| Attorney for Trustee Expenses (Other Firm) - JOHN W LUSTER | 3220-000 | NA | $1,564.82 | $1,564.82 | $1,564.82 |
| Accountant for Trustee Fees (Other Firm) - Rozier Harrington and McKay, CPA | 3410-000 | NA | $3,041.50 | $3,041.50 | $3,041.50 |
| Accountant for Trustee Expenses (Other Firm) - Rozier Harrington and McKay, CPA | 3420-000 | NA | $58.90 | $58.90 | $58.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$148,570.09** | **$148,570.09** | **$148,570.09** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10-1 | Louisiana Department Of Revenue | 5800-000 | NA | $10,277.54 | $0.00 | $0.00 |
| 10-2 | Louisiana Department Of Revenue | 5800-000 | NA | $8,277.54 | $0.00 | $0.00 |
| 10-3 | Louisiana Department Of Revenue | 5800-000 | NA | $4,277.54 | $4,277.54 | $4,277.54 |
| 21P | Sylvester J. Verret, Jr. | 5800-000 | NA | $2,850.00 | $0.00 | $0.00 |
| 37-P | Internal Revenue Service | 5800-000 | NA | $1,575.69 | $1,575.69 | $1,575.69 |
| N/F | St. Mary Parish Sales Tax | 5600-000 | $27,077.01 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$27,077.01** | **$27,258.31** | **$5,853.23** | **$5,853.23** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, United States Bankruptcy court | 7100-000 | NA | $3,916.20 | $3,916.20 | $3,916.20 |
| 1 | HERCULES WIRE ROPE & SLING CO INC | 7100-000 | $4,995.75 | $5,455.95 | $5,455.95 | $1,526.19 |
| 3 | Cinta Corp 541 | 7100-000 | NA | $1,380.13 | $1,380.13 | $386.06 |
| 4 | Coastal Tank Cleaning, LLC | 7100-000 | $14,080.50 | $18,065.05 | $18,065.05 | $5,053.31 |
| 5 | Industrial Air Solutions, Inc. | 7100-000 | $3,151.55 | $3,387.92 | $3,387.92 | $947.70 |
| 6 | South Louisiana Electric Cooperative Assn | 7100-000 | NA | $3,843.35 | $3,843.35 | $1,075.09 |
| 7 | Bobs Heating & Air Conditioning Service Inc. | 7100-000 | $43,867.00 | $43,867.00 | $43,867.00 | $12,270.84 |
| 8 | Aimsco, Inc. | 7100-000 | $60,680.77 | $63,482.97 | $63,482.97 | $17,757.99 |
| 9 | Coburn Supply Company, Inc | 7100-000 | $7,440.50 | $7,393.90 | $7,393.90 | $2,068.28 |
| 11 | The QUIKRETE Companies, LLC dba Custom Crete | 7100-000 | NA | $12,331.92 | $12,331.92 | $3,449.59 |
| 12 | BNA Marine Services | 7100-000 | $6,239.36 | $6,731.67 | $6,731.67 | $1,883.04 |
| 13 | Morgan City Supply of Louisiana, Inc. | 7100-000 | $115,337.59 | $115,337.59 | $115,337.59 | $32,263.19 |
| 14 | Ironman Staffing, L.L.C. | 7100-000 | $166,927.00 | $166,927.00 | $166,927.00 | $46,694.21 |
| 16 | Bayou Metal Supply, LLC | 7100-000 | $10,587.00 | $10,587.00 | $10,587.00 | $2,961.48 |
| 17 | Lafayette Electrical & Marine | 7100-000 | $7,727.91 | $6,618.84 | $6,618.84 | $1,851.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Pioneer Funding Group, LLC | 7100-000 | $86,037.31 | $88,812.96 | $88,812.96 | $24,843.50 |
| 19-1 | Dale's Welding & Fabricators, LLC % Dale Lively | 7100-000 | $0.00 | $122,194.00 | $0.00 | $0.00 |
| 19-2 | Dale's Welding & Fabricators, LLC % Dale Lively | 7100-000 | $122,079.00 | $122,194.00 | $122,194.00 | $34,181.12 |
| 20 | Pernell M Parfait | 7100-000 | $21,666.56 | $21,666.56 | $21,666.56 | $6,060.75 |
| 21U | Sylvester J. Verret, Jr. | 7100-000 | NA | $14,000.00 | $14,000.00 | $0.00 |
| 22 | Osburns Inc. | 7100-000 | $11,324.75 | $12,827.88 | $12,827.88 | $3,588.32 |
| 23 | NI Welding Supply LLC | 7100-000 | $78,402.50 | $79,243.20 | $79,243.20 | $22,166.57 |
| 24 | Elizabeth G. Andrus, Trustee | 7100-000 | $148,122.00 | $148,122.00 | $148,122.00 | $41,433.92 |
| 26 | Hydra Force, LLC | 7100-000 | $19,109.80 | $19,231.45 | $19,231.45 | $5,379.58 |
| 27 | Argo Partners | 7100-000 | $12,070.18 | $12,070.18 | $12,070.18 | $3,376.37 |
| 28 | Masse Contracting Inc. Eugene Gouaux Jr. | 7100-000 | $345,365.93 | $345,365.93 | $345,365.93 | $96,608.64 |
| 29 | Elizabeth G. Andrus, Trustee | 7100-000 | NA | $50,000.00 | $50,000.00 | $13,986.42 |
| 30U | Regions Bank c/o Akinwande Childrey | 7100-000 | NA | $164,790.35 | $164,790.35 | $46,096.53 |
| 31 | Elizabeth Andrus, Trustee | 7100-000 | NA | $148,122.00 | $148,122.00 | $41,433.92 |
| 32 | ST MARY SHERIFF OFFICE | 7200-000 | NA | $82.23 | $82.23 | $0.00 |
| 33 | ST MARY SHERIFF OFFICE | 7200-000 | NA | $48.06 | $48.06 | $0.00 |
| 34 | ST MARY SHERIFF OFFICE | 7200-000 | NA | $6,222.36 | $0.00 | $0.00 |
| 35 | ST MARY SHERIFF OFFICE | 7200-000 | NA | $342.64 | $0.00 | $0.00 |
| 36 | Express Supply & Steel, L.L.C. c/o Stewart F. Peck, Esq. | 7200-000 | $35,310.30 | $46,868.57 | $46,868.57 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37-Pen | Internal Revenue Service | 7300-000 | NA | $882.95 | $882.95 | $0.00 |
| N/F | American Longshore Mutual Assoc. | 7100-000 | $6,603.70 | NA | NA | NA |
| N/F | Aquiana Water | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bateman Ice, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Belzona of Baton Rouge | 7100-000 | $2,270.00 | NA | NA | NA |
| N/F | Charters Communication | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Classic Business | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Community Coffee, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Complete Marine Services, LLC | 7100-000 | $2,410.05 | NA | NA | NA |
| N/F | Compressed Air Systems | 7100-000 | $8,174.00 | NA | NA | NA |
| N/F | Custom Crete Concrete Products | 7100-000 | $12,331.92 | NA | NA | NA |
| N/F | D&M Steel Co | 7100-000 | $6,375.92 | NA | NA | NA |
| N/F | DEFI of LA | 7100-000 | $5,071.23 | NA | NA | NA |
| N/F | Donovan Marine Inc. | 7100-000 | $39,929.46 | NA | NA | NA |
| N/F | Donovan Marine Systems, LLC | 7100-000 | $1,562.46 | NA | NA | NA |
| N/F | Enviro-Sense, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gator Rigging | 7100-000 | $1,359.37 | NA | NA | NA |
| N/F | Gaubert Oil Company | 7100-000 | $8,270.95 | NA | NA | NA |
| N/F | Group I Demo & Repair, LLC. | 7100-000 | $1,230.00 | NA | NA | NA |
| N/F | III Construction | 7100-000 | $33,500.00 | NA | NA | NA |

| | | | | | | |
|------|------------------------------|----------|-------------|------|------|------|
| N/F | Jesse Fontenot, Inc | 7100-000 | $7,825.95 | NA | NA | NA |
| N/F | Kahlenberg Industries, Inc. | 7100-000 | $6,309.00 | NA | NA | NA |
| N/F | LOT Industries, LLC | 7100-000 | $839.85 | NA | NA | NA |
| N/F | Marine & Industrial Insulation | 7100-000 | $60,626.00 | NA | NA | NA |
| N/F | National Welding Supply Co, Inc | 7100-000 | $2,390.37 | NA | NA | NA |
| N/F | Orkin Pest & Termite Control | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pauls Agency | 7100-000 | $22,885.18 | NA | NA | NA |
| N/F | Ralow Services, Inc. | 7100-000 | $1,919.97 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rock's A/C and Electrial Service | 7100-000 | $7,000.00 | NA | NA | NA |
| N/F | Schuyler Maritime, LLC | 7100-000 | $18,863.45 | NA | NA | NA |
| N/F | Sewart Supply, Inc. | 7100-000 | $9,799.48 | NA | NA | NA |
| N/F | Shell Fleet | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sleca | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Southland Glass, LLC | 7100-000 | $7,000.00 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $3,702.62 | NA | NA | NA |
| N/F | St. Mary Parish Water Works | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Summit Electric Supply | 7100-000 | $9,772.25 | NA | NA | NA |
| N/F | Vida Paint & Supply, Inc. | 7100-000 | $9,433.92 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,617,980.36** | **$1,872,413.81** | **$1,743,654.81** | **$473,260.29** |

**Case No.:** 17-51452

**Case Name:** A&B INDUSTRIES OF MORGAN CITY, INC.

**Trustee Name:** (380110) Lucy G. Sikes

**Date Filed (f) or Converted (c):** 11/07/2017 (f)

**§ 341(a) Meeting Date:** 12/15/2017

**For Period Ending:** 04/10/2020

**Claims Bar Date:** 02/28/2018

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account at Regions Bank-Operating | 5,000.00 | 0.00 | | 44,522.79 | FA |
| 2 | Checking Account at Midsouth Bank | 1,500.00 | 0.00 | | 878.73 | FA |
| 3 | Checking Account at Regions Bank-Payroll | 400.00 | 0.00 | | 442.40 | FA |
| 4 | A/R 90 days old or less. Face amount = $212,761.66. Doubtful/Uncollectible accounts = $0.00. | 212,761.66 | 0.00 | | 98,930.02 | FA |
| 5 | Office furniture and equipment. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Crane. | 200,000.00 | 0.00 | | 66,500.00 | FA |
| 7 | Dry Dock. | 800,000.00 | 0.00 | | 127,000.00 | FA |
| 8 | 90 ton link belt. | 100.00 | 0.00 | | 33,000.00 | FA |
| 9 | 1600 air compressor. | 20,000.00 | 0.00 | | 3,500.00 | FA |
| 10 | 850 air compressor. | 10,000.00 | 0.00 | | 11,000.00 | FA |
| 11 | 750 air compressor. | 10,000.00 | 0.00 | | 7,500.00 | FA |
| 12 | Two (2) 18 ton grove cherry picker. | 28,000.00 | 0.00 | | 9,350.00 | FA |
| 13 | Sky track fork lift. | 12,000.00 | 0.00 | | 7,000.00 | FA |
| 14 | 1000 gallon diesel tank. | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Chip saw. | 500.00 | 0.00 | | 170.00 | FA |
| 16 | 250 gallon diesl tank. | 150.00 | 0.00 | | 0.00 | FA |
| 17 | L665 Turbo new holland. | 5,000.00 | 0.00 | | 5,250.00 | FA |
| 18 | One (1) sand hopper 15 ton. | 20,000.00 | 0.00 | | 0.00 | FA |
| 19 | Ten (10) Miller eight pack. | 20,000.00 | 0.00 | | 6,135.00 | FA |
| 20 | AMZ 66XT Manlift. | 10,000.00 | 0.00 | | 6,750.00 | FA |
| 21 | One (1) 8X40 trailer. | 1,000.00 | 0.00 | | 0.00 | FA |
| 22 | Three (3) scapp manlifts. | 5,000.00 | 0.00 | | 160.00 | FA |
| 23 | One (1) ingersoll rand fork lift. | 4,000.00 | 0.00 | | 2,600.00 | FA |
| 24 | One (1) scissor lift. | 2,000.00 | 0.00 | | 0.00 | FA |
| 25 | One (1) band saw. | 500.00 | 0.00 | | 120.00 | FA |
| 26 | One (1) 185 scrap air compressor. | 5,000.00 | 0.00 | | 5,000.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 17-51452

Case Name: A&B INDUSTRIES OF MORGAN CITY, INC.

Trustee Name: (380110) Lucy G. Sikes

Date Filed (f) or Converted (c): 11/07/2017 (f)

§ 341(a) Meeting Date: 12/15/2017

For Period Ending: 04/10/2020

Claims Bar Date: 02/28/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2916 Lake Palourde Road, Amelia, LA. 70340 | 200,000.00 | 0.00 | | 230,000.00 | FA |
| 28 | 2914 Lake Palourde Road, Amelia, LA. 70340; small dry dock | 200,000.00 | 0.00 | | 230,000.00 | FA |
| 29 | Three (3) misc buildings | 1,000.00 | 0.00 | | 0.00 | FA |
| 30 | Insurance Premium Refund (u) | 0.00 | 279.00 | | 279.00 | FA |
| 31* | Preference claim against JPMorgan Chase Bank (u)<br>AP 18-5017 (See Footnote) | 17,097.16 | 17,097.16 | | 12,822.87 | FA |
| 32* | Preference claim against Citibank (u)<br>AP 18-5018 (See Footnote) | 16,231.37 | 16,231.37 | | 12,200.00 | FA |
| 33 | Miscellaneous equipment (u) | 3,500.00 | 3,500.00 | | 7,091.00 | FA |
| 34 | Utility t refund  (u) | 0.00 | 0.00 | | 472.35 | FA |
| 35* | Remnant assets (u) (See Footnote) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 35 | Assets Totals (Excluding unknown values) | **$1,818,240.19** | **$42,107.53** | | **$933,674.16** | **$0.00** |

RE PROP# 31   3/21/2018; Awaiting outcome of adversary proceeding. lgs

RE PROP# 32   4/2/2018; Settlement offer received, Luster to notice settlement of claim. lgs
3/21/2018; Awaiting outcome of adversary proceeding. lgs

RE PROP# 35   Remainder assets; sale of assets approved by court order #72

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 3

**Case No.:**  17-51452

**Case Name:**  A&B INDUSTRIES OF MORGAN CITY, INC.

**For Period Ending:**  04/10/2020

**Trustee Name:**  (380110) Lucy G. Sikes

**Date Filed (f) or Converted (c):**  11/07/2017 (f)

**§ 341(a) Meeting Date:**  12/15/2017

**Claims Bar Date:**  02/28/2018

**Major Activities Affecting Case Closing:**

3/6/2020; Received check back from distriubtion to S. Verrett; will deposit with clerk as unc

2/28/2020 Receipt and review of mail regarding certificate of insurance from Accord;LLR

1/31/2020 Received Order of Distribution mlf

11/11/2019 TFR submitted. lgs

10/16/2019; Noticed abandonment of burdensome property for 11/13/19. lgs

9/10/2019; Noticed Motion to Pay Tax and also CPA fees.  lgs

5/16/2019; Tax returns received and transmitted to IRS.  lgs

2/25/2019; CPA needs additional records for returns, will assist with locating additional records. lgs

2/5/2019; Email to CPA regarding returns. lgs

1/28/2019; Issued checks for attorney fees. lgs

11/13/2018; Claims have been reviewed.  lgs

10/29/2018; Hearing pending on Luster fees/expenses; scheduled for 11/27/2018. lgs

9/11/2018; Received payment of remainder assets per sale order. lgs

6/7/2018; Meeting with CPA regarding estate returns. lgs

5/23/2018; Received JP Morgan Chase check from John Luster for $12,822.87; wants to know when check clears. kks

5/23/2018; Received Citibank check from John Luster for $12,200.00; wants to know when check clears. kks

3/25/2018; Concluded sale of movables and real estate. lgs

3/1/2018; Luster recovered receivable from Waste Connections; deposited in estate accounts. lgs

2/22/2018; Recovered some receivables and bank balances; Pending sale of real estate and equipment in March, 2018; Luster to handle recovery of remaining receivables and fraudulent transfer claims on behalf of estate. lgs

**Initial Projected Date Of Final Report (TFR):**  11/30/2019

**Current Projected Date Of Final Report (TFR):**  11/11/2019 (Actual)

| 04/10/2020 | /s/Lucy G. Sikes |
| --- | --- |
| Date | Lucy G. Sikes |

Exhibit 9

Page: 1

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-51452 | **Trustee Name:** Lucy G. Sikes (380110) |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. | **Bank Name:** United Bank |
| | | **Account #:** ********2457 Checking |
| **Taxpayer ID #:** | **-***7701 | **Blanket Bond (per case limit):** $33,628,643.00 |
| **For Period Ending:** | 04/10/2020 | **Separate Bond (if applicable):** N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | <br>Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/17 | {3} | AB Industries of MC | Closeout of Regions account xxxxxx5553 | 1129-000 | 442.40 | | 442.40 |
| 11/22/17 | {2} | AB Industries of MC | Closeout of account | 1129-000 | 878.73 | | 1,321.13 |
| 11/30/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,311.13 |
| 12/04/17 | {1} | A & B Industries of Morgan City | Turnover of operating account bank balance by debtor | 1129-000 | 44,522.79 | | 45,833.92 |
| 12/04/17 | {4} | Gulf South Ocean Towing, LLC | Payment of Receivables | 1121-000 | 6,001.52 | | 51,835.44 |
| 12/08/17 | {30} | Louisiana Citizens Property Insurance Corp | Refund of property insurance premium | 1229-000 | 279.00 | | 52,114.44 |
| 12/27/17 | {4} | Weeks Marine, Inc | payment of receivables | 1121-000 | 66,223.50 | | 118,337.94 |
| 12/29/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 64.16 | 118,273.78 |
| 01/02/18 | 101 | Trustee Resource Group | Payment of property insurance per order 12/29/2017, docket 24 | 2420-000 | | 655.88 | 117,617.90 |
| 01/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 186.47 | 117,431.43 |
| 02/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 157.64 | 117,273.79 |
| 03/01/18 | {4} | Waste Connections US, Inc | Payment of Receivable | 1121-000 | 26,705.00 | | 143,978.79 |
| 03/16/18 | | Danny Lawler Enterprises, LLC | Payment of sales proceeds from auction | | 264,959.68 | | 408,938.47 |
| | | Danny Lawler Enterprises, LLC | Auctioneer Commission<br><br>-$29,812.60 | 3610-000 | | | |
| | | Danny Lawler Enterprises, LLC | Auctioneer Expenses<br><br>-$3,353.72 | 3620-000 | | | |
| | {8} | Danny Lawler Enterprises, LLC | Auction Proceeds Link Belt 90 Ton Crane Lot #1 (item #1 DLA statement)<br><br>$33,000.00 | 1129-000 | | | |
| | {6} | Danny Lawler Enterprises, LLC | Auction Proceeds; 1968 Link Belt 150 Ton Crane ANSI B30.5-1968 Serial #4EW507 (item #2 DLA statement)<br><br>$66,500.00 | 1129-000 | | | |
| | {12} | Danny Lawler Enterprises, LLC | Auction Proceeds; Dresser Cherry Picker (sale price $2,600) and Grove RT-58B Cherry Picker (sale price $6,750) (item #3, 4 DLA statement)<br><br>$9,350.00 | 1129-000 | | | |
| | {13} | Danny Lawler Enterprises, LLC | Auction Proceeds; Sky Trak 6036 Reach Fork Lift B8400/141647 (item #5 DLA statement)<br><br>$7,000.00 | 1129-000 | | | |
| | {10} | Danny Lawler Enterprises, LLC | Auction Proceeds; Ingersoll Rand 825 Air Compressor (item #6 DLA statement)<br><br>$11,000.00 | 1129-000 | | | |
| | {11} | Danny Lawler Enterprises, LLC | Auction Proceeds; Ingersoll Rand 750 CFM Air Compressor (item #7 DLA statement)<br><br>$7,500.00 | 1129-000 | | | |
| | | | **Page Subtotals:** | | **$410,012.62** | **$1,074.15** | |

{ } Asset Reference(s) ‡ Transaction has not been cleared

17-51452-7 #136 File 04/27/20 Enter 04/27/20 15:44:43 Pg 14 of 22

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-51452 | |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. | |
| **Taxpayer ID #:** | **-***7701 | |
| **For Period Ending:** | 04/10/2020 | |

| | |
|---|---|
| **Trustee Name:** | Lucy G. Sikes (380110) |
| **Bank Name:** | United Bank |
| **Account #:** | ********2457 Checking |
| **Blanket Bond (per case limit):** | $33,628,643.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {33} | Danny Lawler Enterprises, LLC | Auction Proceeds; Blasting Pot, Blasting Equipment & Silo (item #8 DLA statement) $4,250.00 | 1229-000 | | | |
| | {9} | Danny Lawler Enterprises, LLC | Auction proceeds; Atlas Copco XAS90 185 CFM Air Compressor (item #9 DLA statement) $3,500.00 | 1129-000 | | | |
| | {7} | Danny Lawler Enterprises, LLC | Auction proceeds; Dry Dock #2 (150' x 55') (item #10 DLA statement) $86,000.00 | 1129-000 | | | |
| | {7} | Danny Lawler Enterprises, LLC | Auction proceeds; Dry Dock #1 (100' x 55') (leaks and requires daily pumping) (item #11 DLA statement) $25,500.00 | 1129-000 | | | |
| | {7} | Danny Lawler Enterprises, LLC | Auction proceeds; Dry dock #3 (partially submerged) (item #12 DLA statement) $15,500.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #13 DLA statement) $525.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #14 DLA statement) $1,300.00 | 1129-000 | | | |
| | {33} | Danny Lawler Enterprises, LLC | Stand with multiple welding leads (item #15 DLA statement) $1,100.00 | 1229-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #16 DLA statement) $550.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #17 DLA statement) $950.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #18 DLA statement) $550.00 | 1129-000 | | | |
| | {17} | Danny Lawler Enterprises, LLC | Auction proceeds (item #19 DLA statement) $5,250.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds; (item #20 DLA statement) $550.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #21 DLA statement) $130.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #22 DLA statement) $525.00 | 1129-000 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s) UST Form 101-7-TDR (10/1/2010) *Transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 17-51452 | Trustee Name: | Lucy G. Sikes (380110) |
|---|---|---|---|
| Case Name: | A&B INDUSTRIES OF MORGAN CITY, INC. | Bank Name: | United Bank |
| | | Account #: | ********2457 Checking |
| Taxpayer ID #: | **-***7701 | Blanket Bond (per case limit): | $33,628,643.00 |
| For Period Ending: | 04/10/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #23 DLA statement) $450.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #24 DLA statement) $375.00 | 1129-000 | | | |
| | {20} | Danny Lawler Enterprises, LLC | Auction proceeds (item #25 DLA statement) $6,750.00 | 1129-000 | | | |
| | {26} | Danny Lawler Enterprises, LLC | Auction proceeds (item #26 DLA statement) $5,000.00 | 1129-000 | | | |
| | {15} | Danny Lawler Enterprises, LLC | Auction proceeds (item #27 DLA statement) $170.00 | 1129-000 | | | |
| | {19} | Danny Lawler Enterprises, LLC | Auction proceeds (item #28 DLA statement) $230.00 | 1129-000 | | | |
| | {33} | Danny Lawler Enterprises, LLC | Auction proceeds (item #29 DLA statement) $1,025.00 | 1229-000 | | | |
| | {23} | Danny Lawler Enterprises, LLC | Auction proceeds- VR642-B Reach Fork Lift, salvage condition (item #30 DLA statement) $2,600.00 | 1129-000 | | | |
| | {33} | Danny Lawler Enterprises, LLC | Auction proceeds, Equipment basket (item #31 DLA statement) $200.00 | 1229-000 | | | |
| | {33} | Danny Lawler Enterprises, LLC | Auction proceeds, Engine on a Pallet (item #32 DLA statement) $60.00 | 1229-000 | | | |
| | {33} | Danny Lawler Enterprises, LLC | Auction proceeds, Five Equipment Baskets (item #33 DLA statement) $450.00 | 1229-000 | | | |
| | {33} | Danny Lawler Enterprises, LLC | Auction proceeds, Rothenberger 22-A Pipe Threader (item #34 DLA statement) $6.00 | 1229-000 | | | |
| | {25} | Danny Lawler Enterprises, LLC | Auction proceeds; band saw and miscellaneous equipment (item #35 DLA statement) $120.00 | 1129-000 | | | |
| | {22} | Danny Lawler Enterprises, LLC | Auction proceeds (item #36 DLA statement) $160.00 | 1129-000 | | | |
| 03/16/18 | | Danny Lawler Enterprises, LLC | Real Estate Deposit forwarded by auction company; awaiting closing of real estate purchase | | 25,000.00 | | 433,938.47 |
| | {27} | | Real estate deposit $12,500.00 | 1110-000 | | | |

| | | | Page Subtotals: | | $25,000.00 | $0.00 | |

{ } Asset Reference(s)          UST Form 101-7-TDR (10/1/2010)          Transaction has not been cleared

**Exhibit 9**

Page: 4

# Form 2
# Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 17-51452 | | **Trustee Name:** | | Lucy G. Sikes (380110) | |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. | | **Bank Name:** | | United Bank | |
| | | | **Account #:** | | ********2457 Checking | |
| **Taxpayer ID #:** | **-***7701 | | **Blanket Bond (per case limit):** | | $33,628,643.00 | |
| **For Period Ending:** | 04/10/2020 | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {28} | | Real estate deposit $12,500.00 | 1110-000 | | | |
| 03/21/18 | | Carver, Darden, Koretsky, Tessier, Finn, Blossman & Areaux, LLC | Sales proceeds from real estate closing | | 442,386.18 | | 876,324.65 |
| | | St Mary Parish Sheriff and Tax Collector | Prorated taxes -$1,613.82 | 2500-000 | | | |
| | {27} | Carver, Darden, Koretsky, Tessier, Finn, Blossman & Areaux, LLC | Sales proceeds from real estate closing $222,000.00 | 1110-000 | | | |
| | {28} | Carver, Darden, Koretsky, Tessier, Finn, Blossman & Areaux, LLC | Sales proceeds from real estate closing $222,000.00 | 1110-000 | | | |
| 03/26/18 | 102 | Great Southern Title Company, LLC | Refund of over-payment from real estate closing | | -9,000.00 | | 867,324.65 |
| | {27} | | Refund of overpayment -$4,500.00 | 1110-002 | | | |
| | {28} | | Refund of overpayment -$4,500.00 | 1110-002 | | | |
| 03/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 548.04 | 866,776.61 |
| 04/03/18 | 103 | Danny Lawler Enterprises, LLC | Payment of commission on real estate sale per order docket #41 | 3610-000 | | 27,600.00 | 839,176.61 |
| 04/03/18 | 104 | Regions Bank | Payment of sale of collateral per order, docket #41 | 4210-000 | | 137,250.00 | 701,926.61 |
| 04/03/18 | 105 | First National Bank of Picayune c/o Robert A. Mathis | Payment of secured claim per order, docket #41 | 4210-000 | | 168,740.55 | 533,186.06 |
| 04/11/18 | 106 | LUCY G. SIKES | Reimbursement of pro-rated trustee bond premium per court order dated 03/02/2018 | 2300-000 | | 40.63 | 533,145.43 |
| 04/30/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 876.22 | 532,269.21 |
| 05/23/18 | {32} | Citibank, N.A. | Settlement of Adversary proceeding | 1241-000 | 12,200.00 | | 544,469.21 |
| 05/23/18 | {31} | JP Morgan Chase & Co | Settlement of adversary proceeding | 1241-000 | 12,822.87 | | 557,292.08 |
| 05/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 851.83 | 556,440.25 |
| 06/22/18 | {34} | Spectrum | Customer refund | 1229-000 | 472.35 | | 556,912.60 |
| 06/29/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 773.83 | 556,138.77 |
| 07/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 853.25 | 555,285.52 |
| 08/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 825.31 | 554,460.21 |
| 09/11/18 | {35} | Oak Point Partners | Payment for purchase of remnant assets per Docket #72 | 1290-000 | 5,000.00 | | 559,460.21 |
| 09/28/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 748.41 | 558,711.80 |
| 01/28/19 | 107 | John W. Luster | Payment of attorney fees and expenses per Docket #78 | | | 17,242.82 | 541,468.98 |

**Page Subtotals:** $463,881.40    $356,350.89

{ } Asset Reference(s)   UST Form 101-7-TDR (10/1/2010)   Transaction has not been cleared

# Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 17-51452 | **Trustee Name:** | | Lucy G. Sikes (380110) | | |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. | **Bank Name:** | | United Bank | | |
| | | **Account #:** | | ********2457 Checking | | |
| **Taxpayer ID #:** | **-***7701 | **Blanket Bond (per case limit):** | | $33,628,643.00 | | |
| **For Period Ending:** | 04/10/2020 | **Separate Bond (if applicable):** | | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | JOHN W LUSTER | Attorney Expenses $1,564.82 | 3220-000 | | | |
| | | JOHN W LUSTER | Attorney fees $15,678.00 | 3210-000 | | | |
| 01/28/19 | 108 | JOHN W LUSTER | Attorney fees per Docket #93 | 3210-000 | | 999.00 | 540,469.98 |
| 03/14/19 | 109 | Lucy G Sikes, Trustee | Payment of Trustee Blanket Bond per order dated 3/1/2019 | 2200-000 | | 175.91 | 540,294.07 |
| 10/22/19 | 110 | Rozier Harrington and McKay, CPAS | Payment of fees and expenses per docket #116 | | | 3,100.40 | 537,193.67 |
| | | Rozier Harrington and McKay, CPA | Payment of expenses per docket #116 $58.90 | 3420-000 | | | |
| | | Rozier Harrington and McKay, CPA | Payment of fees per docket #116 $3,041.50 | 3410-000 | | | |
| 10/22/19 | 111 | Internal Revenue Service | Payment of Penalty per order docket #115 | 2810-000 | | 7,200.00 | 529,993.67 |
| 02/04/20 | 112 | Lucy G. Sikes | Combined trustee compensation & expense dividend payments. | | | 50,880.15 | 479,113.52 |
| | | Lucy G. Sikes | Claims Distribution - Tue, 12-03-2019 $49,933.71 | 2100-000 | | | |
| | | Lucy G. Sikes | Claims Distribution - Tue, 12-03-2019 $946.44 | 2200-000 | | | |
| 02/04/20 | 113 | Louisiana Department Of Revenue | Distribution payment - Dividend paid at 100.00% of $4,277.54; Claim # 10-3; Filed: $4,277.54 | 5800-000 | | 4,277.54 | 474,835.98 |
| 02/04/20 | 114 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $1,575.69; Claim # 37-P; Filed: $1,575.69 | 5800-000 | | 1,575.69 | 473,260.29 |
| 02/04/20 | 115 | HERCULES WIRE ROPE & SLING CO INC | Distribution payment - Dividend paid at 27.97% of $5,455.95; Claim # 1; Filed: $5,455.95 | 7100-000 | | 1,526.19 | 471,734.10 |
| 02/04/20 | 116 | Cinta Corp 541 | Distribution payment - Dividend paid at 27.97% of $1,380.13; Claim # 3; Filed: $1,380.13 | 7100-000 | | 386.06 | 471,348.04 |
| 02/04/20 | 117 | Coastal Tank Cleaning, LLC | Distribution payment - Dividend paid at 27.97% of $18,065.05; Claim # 4; Filed: $18,065.05 | 7100-000 | | 5,053.31 | 466,294.73 |
| 02/04/20 | 118 | Industrial Air Solutions, Inc. | Distribution payment - Dividend paid at 27.97% of $3,387.92; Claim # 5; Filed: $3,387.92 | 7100-000 | | 947.70 | 465,347.03 |
| 02/04/20 | 119 | South Louisiana Electric Cooperative Assn | Distribution payment - Dividend paid at 27.97% of $3,843.35; Claim # 6; Filed: $3,843.35 | 7100-000 | | 1,075.09 | 464,271.94 |
| 02/04/20 | 120 | Bobs Heating & Air Conditioning Service Inc. | Distribution payment - Dividend paid at 27.97% of $43,867.00; Claim # 7; Filed: $43,867.00 | 7100-000 | | 12,270.84 | 452,001.10 |
| 02/04/20 | 121 | Aimsco, Inc. | Distribution payment - Dividend paid at 27.97% of $63,482.97; Claim # 8; Filed: $63,482.97 | 7100-000 | | 17,757.99 | 434,243.11 |
| 02/04/20 | 122 | Coburn Supply Company, Inc | Distribution payment - Dividend paid at 27.97% of $7,393.90; Claim # 9; Filed: $7,393.90 | 7100-000 | | 2,068.28 | 432,174.83 |

Page Subtotals:    $0.00    $109,294.15

**Exhibit 9**

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-51452 | |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. | |
| **Taxpayer ID #:** | **-***7701 | |
| **For Period Ending:** | 04/10/2020 | |

| | |
|---|---|
| **Trustee Name:** | Lucy G. Sikes (380110) |
| **Bank Name:** | United Bank |
| **Account #:** | ********2457 Checking |
| **Blanket Bond (per case limit):** | $33,628,643.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/20 | 123 | The QUIKRETE Companies, LLC dba Custom Crete | Distribution payment - Dividend paid at 27.97% of $12,331.92; Claim # 11; Filed: $12,331.92 | 7100-000 | | 3,449.59 | 428,725.24 |
| 02/04/20 | 124 | BNA Marine Services | Distribution payment - Dividend paid at 27.97% of $6,731.67; Claim # 12; Filed: $6,731.67 | 7100-000 | | 1,883.04 | 426,842.20 |
| 02/04/20 | 125 | Morgan City Supply of Louisiana, Inc. | Distribution payment - Dividend paid at 27.97% of $115,337.59; Claim # 13; Filed: $115,337.59 | 7100-000 | | 32,263.19 | 394,579.01 |
| 02/04/20 | 126 | Ironman Staffing, L.L.C. | Distribution payment - Dividend paid at 27.97% of $166,927.00; Claim # 14; Filed: $166,927.00 | 7100-000 | | 46,694.21 | 347,884.80 |
| 02/04/20 | 127 | Bayou Metal Supply, LLC | Distribution payment - Dividend paid at 27.97% of $10,587.00; Claim # 16; Filed: $10,587.00 | 7100-000 | | 2,961.48 | 344,923.32 |
| 02/04/20 | 128 | Lafayette Electrical & Marine | Distribution payment - Dividend paid at 27.97% of $6,618.84; Claim # 17; Filed: $6,618.84 | 7100-000 | | 1,851.48 | 343,071.84 |
| 02/04/20 | 129 | Pioneer Funding Group, LLC | Distribution payment - Dividend paid at 27.97% of $88,812.96; Claim # 18; Filed: $88,812.96 | 7100-000 | | 24,843.50 | 318,228.34 |
| 02/04/20 | 130 | Dale's Welding & Fabricators, LLC % Dale Lively | Distribution payment - Dividend paid at 27.97% of $122,194.00; Claim # 19-2; Filed: $122,194.00 | 7100-000 | | 34,181.12 | 284,047.22 |
| 02/04/20 | 131 | Pernell M Parfait | Distribution payment - Dividend paid at 27.97% of $21,666.56; Claim # 20; Filed: $21,666.56 | 7100-000 | | 6,060.75 | 277,986.47 |
| 02/04/20 | 132 | Sylvester J. Verret, Jr. | Distribution payment - Dividend paid at 27.97% of $14,000.00; Claim # 21U; Filed: $14,000.00 Voided on 03/06/2020 | 7100-000 | | 3,916.20 | 274,070.27 |
| 02/04/20 | 133 | Osburns Inc. | Distribution payment - Dividend paid at 27.97% of $12,827.88; Claim # 22; Filed: $12,827.88 | 7100-000 | | 3,588.32 | 270,481.95 |
| 02/04/20 | 134 | NI Welding Supply LLC | Distribution payment - Dividend paid at 27.97% of $79,243.20; Claim # 23; Filed: $79,243.20 | 7100-000 | | 22,166.57 | 248,315.38 |
| 02/04/20 | 135 | Elizabeth G. Andrus, Trustee | Distribution payment - Dividend paid at 27.97% of $148,122.00; Claim # 24; Filed: $148,122.00 | 7100-000 | | 41,433.92 | 206,881.46 |
| 02/04/20 | 136 | Hydra Force, LLC | Distribution payment - Dividend paid at 27.97% of $19,231.45; Claim # 26; Filed: $19,231.45 | 7100-000 | | 5,379.58 | 201,501.88 |
| 02/04/20 | 137 | Argo Partners | Distribution payment - Dividend paid at 27.97% of $12,070.18; Claim # 27; Filed: $12,070.18 | 7100-000 | | 3,376.37 | 198,125.51 |
| 02/04/20 | 138 | Masse Contracting Inc. Eugene Gouaux Jr. | Distribution payment - Dividend paid at 27.97% of $345,365.93; Claim # 28; Filed: $345,365.93 | 7100-000 | | 96,608.64 | 101,516.87 |
| 02/04/20 | 139 | Elizabeth G. Andrus, Trustee | Distribution payment - Dividend paid at 27.97% of $50,000.00; Claim # 29; Filed: $50,000.00 | 7100-000 | | 13,986.42 | 87,530.45 |
| 02/04/20 | 140 | Regions Bank c/o Akinwande Childrey | Distribution payment - Dividend paid at 27.97% of $164,790.35; Claim # 30U; Filed: $164,790.35 | 7100-000 | | 46,096.53 | 41,433.92 |
| 02/04/20 | 141 | Elizabeth Andrus, Trustee | Distribution payment - Dividend paid at 27.97% of $148,122.00; Claim # 31; Filed: $148,122.00 | 7100-000 | | 41,433.92 | 0.00 |

| | | |
|---|---|---|
| **Page Subtotals:** | $0.00 | $432,174.83 |

{ } Asset Reference(s)   UST Form 101-7-TDR (10/1/2010)   *Transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 17-51452 | | | **Trustee Name:** | Lucy G. Sikes (380110) | |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. | | | **Bank Name:** | United Bank | |
| | | | | **Account #:** | ********2457 Checking | |
| **Taxpayer ID #:** | **-***7701 | | | **Blanket Bond (per case limit):** | $33,628,643.00 | |
| **For Period Ending:** | 04/10/2020 | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/20 | 132 | Sylvester J. Verret, Jr. | Distribution payment - Dividend paid at 27.97% of $14,000.00; Claim # 21U; Filed: $14,000.00 Voided: check issued on 02/04/2020 | 7100-000 | | -3,916.20 | 3,916.20 |
| 03/06/20 | | Lucy Griffin Sikes, Attorney at Law, LLC | Check to move funds to the Metropolitan Bank Account | 9999-000 | | 3,916.20 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 898,894.02 | 898,894.02 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 3,916.20 | |
| **Subtotal** | 898,894.02 | 894,977.82 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$898,894.02** | **$894,977.82** | |

{ } Asset Reference(s)    UST Form 101-7-TDR (10/1/2010)    { } Transaction has not been cleared

Exhibit 9

Page: 8

# Form 2

# Cash Receipts And Disbursements Record

| Case No.: | 17-51452 | Trustee Name: | Lucy G. Sikes (380110) |
|---|---|---|---|
| Case Name: | A&B INDUSTRIES OF MORGAN CITY, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******0350 Checking Account |
| Taxpayer ID #: | **-***7701 | Blanket Bond (per case limit): | $33,628,643.00 |
| For Period Ending: | 04/10/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/09/20 | | Lucy G Sikes Trustee | Transfer of funds from United to Metropolitan | 9999-000 | 3,196.20 | | 3,196.20 |
| 03/11/20 | | Lucy G Sikes Trustee | adjustment for account transfer; incorrect amount input by trustee in original transfer | 9999-000 | | 720.00 | 2,476.20 |
| 03/12/20 | | Lucy Sikes Trustee | Reconciliation error | 9999-000 | 720.00 | | 3,196.20 |
| 03/12/20 | | Lucy Sikes Trustee | Reconciliation error | 9999-000 | 720.00 | | 3,916.20 |
| 03/12/20 | 1000 | Clerk, United States Bankruptcy court | Unclaimed funds claim #21 | 7100-000 | | 3,916.20 | 0.00 |

| | | | COLUMN TOTALS | | 4,636.20 | 4,636.20 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 4,636.20 | 720.00 | |
| | | | Subtotal | | 0.00 | 3,916.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $3,916.20 | |

{ } Asset Reference(s) UST Form 101-7-TDR (10/1/2010) *-transaction has not been cleared

Exhibit 9

Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-51452 |
| **Case Name:** | A&B INDUSTRIES OF MORGAN CITY, INC. |
| **Taxpayer ID #:** | **-***7701 |
| **For Period Ending:** | 04/10/2020 |

| | |
|---|---|
| **Trustee Name:** | Lucy G. Sikes (380110) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0350 Checking Account |
| **Blanket Bond (per case limit):** | $33,628,643.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********2457 Checking | $898,894.02 | $894,977.82 | $0.00 |
| ******0350 Checking Account | $0.00 | $3,916.20 | $0.00 |
| | $898,894.02 | $898,894.02 | $0.00 |

| | |
|---|---|
| 04/10/2020 | /s/Lucy G. Sikes |
| Date | Lucy G. Sikes |